# Exhibit A

US006758592B2

# United States Patent
Wulf et al.

(10) Patent No.: US 6,758,592 B2
(45) Date of Patent: Jul. 6, 2004

(54) BLENDER JAR WITH RECIPE MARKINGS

(75) Inventors: **John Douglas Wulf**, Boca Raton, FL (US); **Gerald J. Lozinski**, Parkland, FL (US); **Matthew Craig Denton**, Hattiesburg, MS (US); **Jerry Lee McColgin**, Westfield, IN (US); **Michael Morton**, Boca Raton, FL (US); **Daniel S. Soultanian**, Hattiesburg, MS (US)

(73) Assignee: Sunbeam Products, Inc., Boca Raton, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/337,637

(22) Filed: Jan. 6, 2003

(65) Prior Publication Data
US 2003/0147300 A1 Aug. 7, 2003

Related U.S. Application Data

(62) Division of application No. 09/835,118, filed on Apr. 13, 2001, now Pat. No. 6,609,821.

(51) Int. Cl.⁷ .................................................. B01F 7/00
(52) U.S. Cl. .................... 366/205; 215/228; 366/207; 366/314; 366/347; 366/348
(58) Field of Search ......................... 206/217, 219; 215/228; 222/556, 562; 366/197, 199, 205, 207, 314, 347, 348

(56) References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,109,501 A | 3/1938 | Osius |
| 2,667,308 A | 1/1954 | Hammes |
| 2,678,775 A | 5/1954 | Simmons |
| 2,733,052 A | 1/1956 | Luther |
| 2,733,396 A | 1/1956 | Luther |
| 2,740,029 A | 3/1956 | Kueser et al. |
| 2,758,623 A | 8/1956 | Malz et al. |
| 2,771,111 A | 11/1956 | Seyfried |
| 2,804,289 A | 8/1957 | Schwaneke |
| 2,897,862 A | 8/1959 | Malz et al. |
| 3,036,614 A | 5/1962 | Knapp |
| 3,112,079 A | 11/1963 | Niekamp et al. |
| 3,300,150 A | 1/1967 | Sones et al. |
| 3,368,800 A | 2/1968 | Barnard Jr. |
| 3,458,175 A | 7/1969 | Aoki et al. |
| 3,548,280 A | 12/1970 | Cockroft |
| 3,550,657 A | 12/1970 | Swanke |
| 3,612,969 A | 10/1971 | Cockroft |
| 3,704,864 A * | 12/1972 | Lee .................... 366/205 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 36 28 702 | 8/1919 |
| DE | 21 41 813 | 8/1971 |
| DE | 25 11 155 | 3/1975 |

(List continued on next page.)

OTHER PUBLICATIONS

Anonymous, *Vita-Mix® Touch and Go™ Blending Station®: Owner's Manual*, Vita-Mix® Corporation, pp. 1–27ff (1999).

Primary Examiner—Joseph Drodge
(74) Attorney, Agent, or Firm—Lawrence J. Shurupoff

(57) **ABSTRACT**

A blender base that may be used with a food processor container, a blender container, and a single use beverage container. The blender container includes a novel blade unit having a food processor-style blade and blender type blades. The container has a first interface at its top that mates with a second interface on the blender base and which may also interface with a drinking cap such that the container may also function as a drinking container.

**12 Claims, 18 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,721,875 A | | 3/1973 | Feldner et al. |
| 3,833,845 A | | 9/1974 | Smallbone et al. |
| 3,847,311 A | * | 11/1974 | Flores et al. ............... 222/473 |
| 3,856,220 A | | 12/1974 | Waters |
| 3,908,100 A | | 9/1975 | Richard et al. |
| 3,943,421 A | | 3/1976 | Shibata et al. |
| 3,962,615 A | | 6/1976 | Spangler |
| 4,087,053 A | | 5/1978 | Voglesonger |
| 4,297,038 A | | 10/1981 | Falkenbach |
| 4,459,524 A | | 7/1984 | Oota et al. |
| 4,487,509 A | * | 12/1984 | Boyce ............... 366/199 |
| 4,541,573 A | | 9/1985 | Fujiwara et al. |
| 4,568,193 A | | 2/1986 | Contri et al. |
| 4,681,030 A | | 7/1987 | Herbert |
| 4,822,172 A | | 4/1989 | Stottmann |
| 4,889,248 A | * | 12/1989 | Bennett ............... 215/390 |
| 5,347,205 A | | 9/1994 | Piland |
| 5,380,086 A | | 1/1995 | Dickson |
| 5,410,236 A | | 4/1995 | Arroubi |
| 5,556,198 A | | 9/1996 | Dickson, Jr. et al. |
| 5,567,049 A | | 10/1996 | Beaudet et al. |
| 5,584,577 A | | 12/1996 | Thies |
| 5,655,834 A | | 8/1997 | Dickson |
| 5,720,552 A | * | 2/1998 | Schindlegger ............... 366/197 |
| 5,809,872 A | | 9/1998 | Sundquist |
| 5,819,636 A | | 10/1998 | Khashoggi |
| 5,823,672 A | | 10/1998 | Barker |
| 5,845,991 A | | 12/1998 | Sundquist |
| 6,092,922 A | | 7/2000 | Kett et al. |
| 6,095,677 A | | 8/2000 | Karkos, Jr. et al. |
| 6,123,449 A | | 9/2000 | Sadek-Patt |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 27 05 662 | 2/1977 |
| DE | 28 813 168 | 3/1978 |
| DE | 28 17 517 | 4/1978 |
| DE | 28 50 725 | 11/1978 |
| DE | 29 45 000 | 11/1979 |
| DE | 30 01 182 | 1/1980 |
| DE | 30 07 915 | 3/1980 |
| DE | 30 13 382 | 4/1980 |
| DE | 31 13 760 | 4/1981 |
| DE | 31 17 773 | 5/1981 |
| DE | 31 21 252 | 5/1981 |
| DE | 32 06 493 | 2/1982 |
| DE | 32 25 591 | 7/1982 |
| DE | 33 35 139 | 9/1983 |
| DE | 84 00 493 | 1/1984 |
| DE | 34 33 164 | 9/1984 |
| DE | 34 43 431 | 11/1984 |
| DE | 35 38 967 | 11/1985 |
| DE | 35 40 370 | 11/1985 |
| DE | 36 16 158 | 5/1986 |
| DE | 36 44 268 | 12/1986 |
| DE | 38 37 961 | 11/1988 |
| DE | 39 33 039 | 10/1989 |
| DE | 42 42 289 | 12/1992 |
| DE | 197 32 261 | 7/1997 |
| DE | 198 14 355 | 3/1998 |
| DE | 199 12 750 | 3/1999 |
| DE | 299 15 733 | 7/1999 |
| DE | 198 18 506 | 10/1999 |
| EP | 0 004 908 | 4/1979 |
| EP | 0 004 987 | 4/1979 |
| EP | 0 013 805 | 11/1979 |
| EP | 0 012 976 | 12/1979 |
| EP | 0 024 992 | 8/1980 |
| EP | 0 025 972 | 9/1980 |
| EP | 0 046 169 | 5/1981 |
| EP | 0 076 712 | 8/1982 |
| EP | 0 084 745 | 10/1982 |
| EP | 0 081 874 | 12/1982 |
| EP | 0 101 237 | 8/1983 |
| EP | 0 120 496 | 3/1984 |
| EP | 0 127 898 | 6/1984 |
| EP | 0 129 222 | 6/1984 |
| EP | 0 158 032 | 2/1985 |
| EP | 0 212 952 | 8/1986 |
| EP | 0 253 719 | 7/1987 |
| EP | 0 346 598 | 4/1989 |
| EP | 0 344 061 | 5/1989 |
| EP | 0 417 800 | 9/1990 |
| EP | 0 440 051 | 1/1991 |
| EP | 0 475 470 | 7/1991 |
| EP | 0 549 818 | 1/1992 |
| EP | 0 529 287 | 7/1992 |
| EP | 0 567 853 | 4/1993 |
| EP | 0 571 348 | 5/1993 |
| EP | 0 575 912 | 6/1993 |
| EP | 0 576 368 | 6/1993 |
| EP | 0 638 273 | 7/1994 |
| EP | 0 699 409 | 8/1995 |
| EP | 0 784 445 | 10/1995 |
| EP | 0 805 641 | 1/1996 |
| EP | 0 812 560 | 6/1997 |
| EP | 0 948 279 | 10/1997 |
| EP | 0 963 726 | 3/1999 |
| WO | 95/24852 | 9/1995 |
| WO | 98/24350 | 6/1998 |
| WO | 98/43522 | 10/1998 |
| WO | 99/01060 | 1/1999 |
| WO | 99/17646 | 4/1999 |
| WO | 99/17647 | 4/1999 |
| WO | 99/17648 | 4/1999 |
| WO | 99/37193 | 7/1999 |
| WO | 00/13563 | 3/2000 |
| WO | 00/19878 | 4/2000 |
| WO | 00/24302 | 5/2000 |
| WO | 00/30515 | 6/2000 |
| WO | 00/30516 | 6/2000 |
| WO | 00/47093 | 8/2000 |

* cited by examiner

FIG. 1



FIG. 2

FIG. 3





FIG. 4



FIG. 5



FIG. 7

FIG. 6



FIG. 8







FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17

FIG. 18



FIG. 19



FIG. 20



FIG. 23



FIG. 24



## FIG. 25

> **POWDERED DRINKS**
>
> FORWARD HIGH SPEED 15 SECONDS
> RAMP DOWN TO LOW, LOW FOR 5 SECONDS
> RAMP TO HIGH, HIGH FOR 15 SECONDS
> RAMP DOWN TO LOW FOR 5 SECONDS
> RAMP TO HIGH, HIGH FOR 20 SECONDS               —264

## FIG. 26

> **BATTER**
>
> FORWARD HIGH SPEED 20 SECONDS
> REVERSE HIGH SPEED FOR 20 SECONDS
> FORWARD HIGH SPEED 15 SECONDS
> REVERSE HIGH SPEED FOR 10 SECONDS               —266

## FIG. 27

> **MILKSHAKE**
>
> FORWARD PULSE HIGH 1 SECOND
> STOP
> FORWARD HIGH SPEED FOR 1 SECOND
> STOP
> FORWARD HIGH SPEED 40 SECONDS                   —268



FIG. 28



FIG. 29