**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| SUNBEAM PRODUCTS, INC. d/b/a JARDEN | ) | |
| CONSUMER SOLUTIONS, | ) | Civil Action No. 3:09-CV-00791 REP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| HAMILTON BEACH BRANDS, INC., | ) | |
| HOMELAND HOUSEWARES, LLC, | ) | |
| ALCHEMY WORLDWIDE LLC, ALCHEMY | ) | |
| WORLDWIDE INC., AND BACK TO BASICS | ) | |
| PRODUCTS, LLC, | ) | |
| | ) | |
| Defendants. | | |

**SUNBEAM'S MOTION TO DISQUALIFY DANIEL CISLO
AND CISLO & THOMAS**

Sunbeam respectfully moves this Court to disqualify Daniel Cislo and Cislo & Thomas

LLP ("Cislo and Thomas") from acting as counsel for Homeland Housewares, LLC

("Homeland") in this action.  More specifically, lead counsel Daniel Cislo and his firm, Cislo &

Thomas, should be disqualified because they are material witnesses on the issue of Homeland's

willful infringement of U.S. Patent No. 6,758,592 ("the '592 patent") and U.S. Patent No.

7,520,659 ("the '659 patent").

Sunbeam's arguments and points of authorities are set forth in the Brief in Support filed

concurrently herewith.

- 2 -

Date: May 24, 2010                              Respectfully Submitted,


By:   /s/ Paul Gennari
Paul A. Gennari (VSB No. 46890)
Tremayne M. Norris (pro hac vice)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-6413
Fax:  (202) 429-3902
pgennari@steptoe.com
tnorris@steptoe.com

Thomas G. Pasternak (pro hac vice)
Steptoe & Johnson LLP
115 South La Salle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1265
Fax: (312) 577-1370
tpasternak@steptoe.com


*Attorneys for Plaintiff Sunbeam Products, Inc.
d/b/a Jarden Consumer Solutions*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of May, 2010, a true and correct copy of

the foregoing pleading and attachments were served using the Court's CM/ECF system with

electronic notification of such filing and via electronic mail to the following counsel of record:

*Counsel for Defendant Hamilton Beach Brands, Inc.*:

> Brian C. Riopelle (VSB No. 36454)
> Robert M. Tyler (VSB No. 37861)
> MCGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, VA 23219-4030
> Phone: 804.775.1000
> Fax: 804.775.1061
> briopelle@mcguirewoods.com
> rtyler@mcguirewoods.com

*Counsel for Defendants Homeland Housewares, LLC and Alchemy Worldwide LLC*:

> Robert E. Scully, Jr. (VSB No. 19218)
> STITES & HARBISON PLLC
> 1199 North Fairfax Street, Suite 900
> Alexandria, Virginia 22314
> Phone: 703.739.4900
> Fax: 703.739-9577
> rscully@stites.com

> Daniel M. Cislo
> Mark D. Nielsen
> CISLO & THOMAS LLP
> 1333 2nd Street, Suite 500
> Santa Monica, CA 90401-4110
> Phone: 310.451.0647
> Fax: 310.394.4477
> dan@cislo.com
> mnielsen@cislo.com

*Counsel for Defendant Back to Basics Products, LLC*:

> Craig C. Reilly (VSB No. 20942)
> 111 Oronoco Street
> Alexandria, Virginia 22314

Phone: 703.549.5354
Fax: 703.549-2604
craig.reilly@ccreillylaw.com

Joseph A. Kromholz
Garet K. Galster (admitted *pro hac vice*)
RYAN KROMHOLZ & MANION, S.C.
P.O. Box 26618
Milwaukee, WI 53226-0618
Phone: 262.783.1300
Fax: 262.783.1211
jkromholz@rkmiplaw.com
ggalster@rkmiplaw.com

By: /s/ Paul A. Gennari
    Paul A. Gennari (VSB No. 46890)
    STEPTOE & JOHNSON LLP
    1330 Connecticut Ave., N.W.
    Washington, D.C. 20036
    Tel.:  202.429.3000
    Fax:  202.261.0616
    pgennari@steptoe.com

    *Attorneys for Plaintiff Sunbeam*
    *Products, Inc. d/b/a Jarden Consumer*
    *Solutions*