

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNBEAM PRODUCTS, INC.
d/b/a JARDEN CONSUMER
SOLUTIONS,

    Plaintiff,

v.                       Civil Action No. 3:09cv791

HAMILTON BEACH BRADS,
INC., et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that HOMELAND HOUSEWARES, INC.'S MOTION TO DISQUALIFY STEPTOE & JOHNSON LLP (Docket No. 96) is granted.

It is so ORDERED.

                                    /s/       REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010