IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia



SUNBEAM PRODUCTS, INC.,

    Plaintiff,

v.                             Civil Action No. 3:09cv791

HAMILTON BEACH BRANDS,
INC., et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the following claim terms are construed to have the following meanings:

(1) Patent No. 6,758,592

    (a) <u>Drinking cap</u>: a cap which, when screwed onto the beverage container, allows a person to drink the contents of the beverage container.

    (b) <u>Drinking cap having a drinking hole</u>: a cap which, when screwed onto the beverage container, allows a person to drink the contents of the beverage container through a hole in the cap.

    (c) <u>Drinking hole</u>: a hole in a drinking cap covering the beverage container, said hole being designed to allow the user to drink the contents of the beverage container while the cap is affixed atop the beverage container.

    (d) <u>Closure member for selectively closing said drinking hole</u>: a structure adapted to cover

the drinking hole to an extent that the user may select, including fully open and fully closed, and which may allow the user to select a degree of opening somewhere between fully open and fully closed.

(e) Open Top Portion: a portion of the container opposite the closed bottom portion of the container, said portion having an interface by which a cap screws onto the beverage container and an area that is not closed.

(f) Second removable cover for selectively covering said open top portion: a cap that either allows the user to cover the drinking hole, through a mechanism such as a closure member to an extent that the user may select, including fully open and fully closed, and which may allow the user to select a degree of opening somewhere between fully open and fully closed; or a cap that may be screwed onto the beverage container by the user and which covers some or all of the open top portion.

(2) Patent No. 7,520,659

(a) Cap configured for . . . drinking from the container: a cap which, when screwed onto the beverage container, allows a person to drink the contents of the beverage container.

It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 19, 2010