**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SUNBEAM PRODUCTS, INC. d/b/a JARDEN
CONSUMER SOLUTIONS,

        **Plaintiff,**

v.

        Civil Action No. 3:09cv791 REP

HAMILTON BEACH BRANDS, INC., ET AL.,

        **Defendants.**

**DECLARATION OF DENNIS LARSON IN SUPPORT OF ALCHEMY WORLDWIDE
LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY OF THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT**

I, Dennis Larson, declare:

    1.    I am an attorney at law duly licensed to practice in the state of California and a

partner in Cislo & Thomas LLP, counsel for Defendant Alchemy Worldwide LLC in this action.

The facts set forth herein are within my personal knowledge except where stated on information

and belief and if called as a witness I would and testify competently thereto.

    2.    On June 2, 2010, I took the deposition of Seung Wee Yang in Santa Monica,

California. Attached hereto as my declaration Exhibit 1 is a true and correct copy of excerpts of

the Seung Wee Yang's deposition transcript (Exhibit 1 at Larson Declaration page 6 et seq.) with

the following marked Exhibits:

        Exhibit 55:    Subpoena for Seung Wee Yang June 2, 2010 Deposition (Exhibit 1 at

                Declaration page 30) with the following attachments:

                Attachment A:  Documents to be produced (6 categories) (Exhibit 1 at

                Declaration page 33); and

Attachment B: July 12, 2004 Seung Wee Yang Declaration in U.S. Dist. Court, Central District of California, HOMELAND HOUSEWARES, LLC v. TRISTAR PRODUCTS, INC., etc., et al, Case No. CV04-2831-GHK (JTLx) ("Yang Declaration) (Exhibit 1 at Declaration page 34 et seq.).

Exhibit 56: Yang Declaration in Case No. CV04-2831-GHK (JTLx) (duplicating Attachment B above) (Exhibit 1 at Declaration page 53).

Exhibit 57: Korean Patent No. 10-0323245 (in Korean) (Exhibit 1 at Declaration page 70). Note that attached hereto as my declaration Exhibit 2 is a true and correct Certified duplicate Korean Patent No. 10-0323245 (Exhibit 2 at Declaration page 91).

Exhibit 58: Korean Patent No. 10-032345 (translated into English) (Exhibit 1 at Declaration page 79). Note that attached hereto as my declaration Exhibit 3 is a true and correct duplicate Korean Patent No. 10-0323245 (translated into English with Certification of the translation) (Exhibit 3 at Declaration page 101).

3. In his June 2, 2010 deposition, Mr. Yang confirmed that he acquired rights to the Kiss Mixer™ blender ("Kiss Mixer")in 1998 in Korea (Exhibit 1 Yang deposition excerpts: 27:3-7) and became a wholesale distributor the same year (27:12-17). Yang testified that the Kiss Mixers sold today are almost identical to ones sold in 1999 (35:4-11), the only change being in color and ventilation holes (35:12-14). Yang stated that when he got the rights in 1999 to the Kiss Mixer it was green in color (27:24-28:2). Yang further testified to the following:

(a) The Kiss Mixer was first sold at the Korean Festival in Los Angeles September 23, 1999 (26:9-18) when 100 units were sold (37:10-14; ¶11 of

Exhibit 56 at Declaration page 56; also, see, ¶¶ 4, 5 at Declaration page 54), with almost 500 units through the end of 2000 (37:10-14).

(b)     Retail and wholesale sales started in December 1999 (37:25-38:3).

(c)     Yang actively advertised the Kiss Mixer blender in the Korean Times from 1999-2002 (12:16-19), beginning December 18, 1999 (35:22-36:13); (see, Exhibit 56-6, showing the Kiss Mixer just below the December 18, 1999 date and subsequent advertisement pages he acquired for his 2004 declaration [Declaration page 58 et seq.]).

(d)     Yang's Kissmixer.com website has also been in existence since July 2001 (12:20-23; ¶10 of Exh. 56 at Declaration pages 55, 63).

(e)     Yang further confirmed that the Magic Bullet blender functions the same as the Kiss Mixer blender (24:18-20); 29:1-8), the only difference being additional attachments for the Magic Bullet blender (29:9-14, 15-16, 17-22).

(f)     Yang also verified that the Kiss Mixer had a vessel that was threaded (32:11-15), an agitator collar threaded (32:16-18), vessel engaging with agitator collar (32:19-21), agitator collar fit within where blending occurred (32:22-24), with a vessel container cap that fit to enclose it (32:25-33:2).

(g)     Yang in addition verified his signature on his July 12, 2004 declaration in Case No. CV04-2831-GHK (JTLx) Exh 56 at p. 5 [Declaration pages 39, 57] (16:6-11-13).

4.     On June 3, 2010, I took the deposition of Julian Suk who appeared as a custodian of records for the Korean Times newspaper.  Attached hereto as Exhibit 4 is a true and correct transcript of Mr. Suk's deposition.  Mr. Suk produced and authenticated copies made from the newspaper's microfilm records of Kiss Mixer advertisements for November 16, 1999 (Exhibit 4

Suk Deposition, 15:24-16:5), December 18, 1999 (19:25-20:3; also, see, Yang Exh 56, ¶7 at Declaration page 55) and December 20, 1999 (20:4-10), copies of which are included in Suk Exhibit no. 61, pages 1, 2 and 3, respectively, at Declaration pages 130, 131, and 132. Mr. Suk further confirmed that the December 18, 1999 advertisement matched the December 18, 1999 advertisement identified in the prior day's Yang deposition (Suk Deposition, 21:13-19; compare Suk Exh. 61/2 at Declaration page 131 with Yang deposition Exh. 55-11 at Declaration page 40 [same as Exh. 56-6 at Declaration page 58]).

5.      Attached hereto as Exhibit 5 are copies of Internet webpages for kissmixer.com from archive.org, a website that in the regular course of business lists historical copies of particular websites, archiving their webpages, which I downloaded. I rely on and use archived/historical webpage research through archive.org to find evidence of copyright infringement or trademark first use and/or infringement. The archive.org cover summary and interior webpages in Exhibit 5 confirm that at least as early as July 2001, the Kiss Mixer product sold by Mr. Yang and advertised in the Korean Times here in the U.S. in 1999, is shown in on the Internet as being extremely similar to the Magic Bullet blender (including Funnel Cup, Exhibit 5 at Declaration page 140).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September _20_, 2010

Dennis Larson

Exhibit 1



**REPORTERS ◆ UNLIMITED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| SUNBEAM PRODUCTS, et al. | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| HAMILTON BEACH BRANDS, et al. | ) |
| Defendants. | ) |



VIDEOTAPED DEPOSITION OF SEUNG WEE YANG

SANTA MONICA, CALIFORNIA

WEDNESDAY, JUNE 2, 2010



REPORTED BY:
CATHY CLUTE
RPR, CSR #11677

Certified Copy

Exhibit 1     Page 7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA


SUNBEAM PRODUCTS, INC. D/B/A ) 
JARDEN CONSUMER SOLUTIONS, )
)
      Plaintiff, )
) CASE NO.
    vs. ) 3:09-CV-00791 REP
)
HAMILTON BEACH BRANDS, et al., )
)
      Defendants. )
)


VIDEOTAPED DEPOSITION OF SEUNG WEE YANG

SANTA MONICA, CALIFORNIA

WEDNESDAY, JUNE 2, 2010


REPORTED BY:
CATHY CLUTE
RPR, CSR #11677

```
 1      VIDEOTAPED DEPOSITION OF SEUNG WEE YANG, TAKEN ON

 2      BEHALF OF THE DEFENDANT, AT 1333 2ND STREET, SUITE 500,

 3      SANTA MONICA, CALIFORNIA, ON WEDNESDAY, JUNE 2, 2010,

 4      AT 10:08 A.M., BEFORE CATHY CLUTE, RPR, CSR #11677,

 5      PURSUANT TO NOTICE.

 6

 7

 8          A P P E A R A N C E S   O F   C O U N S E L

 9

10   FOR THE PLAINTIFF:

11

12          STEPTOE & JOHNSON
            BY:  THOMAS G. PASTERNAK, ESQ.
13          115 South Lasalle Street
            Suite 3100
14          Chicago, Illinois   60603
            312.577.1265
15          312.577.1370

16   FOR THE DEFENDANT:

17
            CISLO & THOMAS
18          BY:  DENNIS LARSON, ESQ.
                 -- and --
19               DANIEL M. CISLO, ESQ. (Not Present)
            1333 2nd Street
20          Suite 500
            Santa Monica, California  90401-4110
21          310.451.0647
            310.394.4477
22

23   ALSO PRESENT:  MICHAEL MOGHADDAM, VIDEOGRAPHER
                    YOUNGIN KO, CERTIFIED INTERPRETER
24

25
```

**Exhibit 1**          Page 9

```
 1                      I N D E X

 2   WITNESS            EXAMINATION BY              PAGE

 3   SEUNG WEE YANG

 4                      MR. LARSON                    5

 5                      MR. PASTERNAK                40

 6

 7

 8                    E X H I B I T S

 9   EXHIBIT            DESCRIPTION                 PAGE

10   55         United States District Court         5
               Subpoena
11
     56         Declaration of Seung               16
12             Wee Yang

13   57         Patent in Korean,                  33
               HH0000046-54
14
     58         Patent in English,                 33
15             HH0000055-66

16

17

18             INFORMATION TO BE PROVIDED

19                    PAGE   LINE

20                     14     21

21

22

23

24

25
```

**Exhibit 1**        Page 10

```
 1                SANTA MONICA, CALIFORNIA;

 2              WEDNESDAY, JUNE 2, 2010

 3                    10:08 A.M.

 4                      -oOo-

 5

 6         THE VIDEOGRAPHER:  Good morning.  Here begins

 7    media number one of the deposition of Seung Wee Yang in

 8    the matter of Sunbeam Products, Incorporated, et al.,

 9    versus Hamilton Beach brands Incorporated, et al.  This

10    case is in the U.S. District Court Eastern Virginia,

11    case number 3:09-CV-00791 REP.

12         Today's date is June 2nd, 2010.  The time is

13    10:08 a.m.  This deposition is taking place at 1333 2nd

14    Street, Suite 500, Santa Monica, California, and it's

15    being taken on behalf of defendants.  Videographer's

16    name is Michael Moghaddam appearing on behalf of

17    Reporters Unlimited located in San Pedro.

18         Would counsel please identify yourselves and

19    state whom you represent.

20         MR. LARSON:  My name is Dennis Larson, and I'm

21    with Cislo & Thomas.  I represent the defendant Homeland

22    Housewares.

23         MR. PASTERNAK:  Tom Pasternak from Steptoe &

24    Johnson for Sunbeam.

25         THE VIDEOGRAPHER:  Thank you.  Would the court
```

**Exhibit 1**          Page 11

```
 1   reporter please administer the oath to the interpreter
 2   and witness.
 3           THE REPORTER:  Please raise your right hand.
 4           Do you promise to translate from English to
 5   Korean and Korean to English to the best of your
 6   ability?
 7           THE INTERPRETER:  I do.
 8           THE REPORTER:  Thank you.
 9           Please raise your right hand.
10           Do you solemnly state or affirm that the
11   testimony you shall give in this proceeding will be the
12   truth, the whole truth and nothing but the truth?
13           THE WITNESS:  Yes.
14           THE REPORTER:  Thank you.
15
16                   EXAMINATION
17   BY MR. LARSON:
18      Q.   Mr. Yang, my name is Dennis Larson.  I'm with
19   Cislo & Thomas, and I'm going to be taking the
20   deposition this morning.
21           First, I'd like to mark as Exhibit 55 a
22   subpoena in this action.
23       (Exhibit No. 55 was marked for identification.)
24      Q.   BY MR. LARSON:  Have you ever had your
25   deposition taken before, Mr. Yang?
```

**Exhibit 1**        Page 12

1     Q.   So the best of your knowledge, you don't

2  have -- STP America does not have any -- any hard copies

3  of advertisements placed in the Korea Times from the

4  inception of the Kiss Mixer through 2002; is that

5  correct?

6     A.   Correct.

7     Q.   Would the same be true for documents in

8  medium -- any medium other than the Korea Times from the

9  inception of the Kiss Mixer through 2002?

10    A.   One thing I have to tell you, we do not

11  advertise directly.  We mainly assist agents placing

12  their ads.

13    Q.   This is from the time that the Kiss Mixer was

14  first advertised until -- through 2002?

15    A.   Yes.

16    Q.   So your main direct advertisements for the Kiss

17  Mixer from its inception in approximately 1999 through

18  2002 was only through the Korea Times; is that correct?

19    A.   Yes.

20    Q.   Okay.  Would that advertise -- other than the

21  Korean Times, would you have also advertised on your

22  website kissmixer.com?

23    A.   Yes.

24    Q.   Okay.  Directing your attention to item number

25  four, "All documents that support your contention that

**Exhibit 1**          Page 13

1    Q.   This is the same award that you mentioned?

2    A.   Yes.

3    Q.   So this award was in 2002, not before April of

4    2000; is that correct?

5    A.   I didn't pay attention to the year, per se.  I

6    was only interested in the award itself.

7    Q.   Okay.  Would -- you understand that this

8    document is your declaration from 2004, correct?

9    A.   Are you saying this statement is from the year

10   2004?

11   Q.   Look at -- look at page 563 of that document.

12   Is that your signature up on line five?

13   A.   Yes.  I have no idea where this document comes

14   from.

15   Q.   But that is your signature, sir?

16   A.   I signed the -- many, many times.

17   Q.   Do you contend that you are the inventer of the

18   Kiss Mixer?

19   A.   No.

20       MR. LARSON:  I'm going to mark Exhibit 56,

21   declaration of Seung Wee Yang in the United States

22   District Court Central District of California, Case No.

23   CV04-2831-GHK Homeland Housewares versus Tristar

24   Products.

25       (Exhibit No. 56 was marked for identification.)

Exhibit 1        Page 14

1  products of the same design.

2      Q.   What are those two different products of the

3  same design?

4      A.   I don't remember the brand names, although I

5  had samples when I had my office.

6      Q.   These two different products of the same

7  design, were they Magic Bullet products?

8      A.   They were identical with my Kiss Mixer.

9      Q.   Do you recall their name?

10      A.   They were selling for a -- for a while on EBay.

11  They are not there anymore.

12      Q.   And this is approximately 2004?

13      A.   Yes.

14      Q.   So prior to 2004, the -- there was the same

15  product in the form of the Magic Bullet; is that what

16  you're saying?

17      A.   Yes.

18      Q.   And did the Magic Bullet function the same,

19  exact way as the Kiss Mixer?

20      A.   Yes.

21      Q.   So to avoid the similarity in the function, you

22  wanted in 2004 to change the -- the look, at least, of

23  the Kiss Mixer; is that correct?

24      A.   But I was selling them both at the same time

25  because I had ongoing existing clients.

**Exhibit 1**      Page 15

1    Q.   So in 2004, you continued to sell the Kiss

2 Mixer, as it looked in the old way that was the same as

3 the Magic Bullet, and then you had a new model created

4 that eventually did not please you at all?

5    A.   Not for that reason.  I sold the new model a

6 lot, too.

7    Q.   But you're selling the new model and the old

8 model that was the -- was the same as the Magic Bullet

9 at the same time, correct?

10    A.   Yes, because I kept some inventory of original

11 model, too.  Also, quite a lot of inventory left among

12 the goods that I gave -- I sold to customers on credit.

13    Q.   Were these old -- the older model or the newer

14 model?

15    A.   I sold the new model to people who ordered new,

16 and I also sold old model because I had ongoing business

17 with the customers.

18    Q.   When did you stop selling the old model?

19    A.   I believe up until the end of 2004.

20    Q.   Now, the old model you sold as -- in a green

21 color at one point?  Was that the original color?

22    A.   We had two colors, white and green and, for a

23 short time silver, also.

24    Q.   And this was in the old model that was exactly

25 the same as the Magic Bullet?

```
 1      A.   Yes.

 2           MR. PASTERNAK:  Objection.  Assumes facts not

 3    in evidence.  Calls for a legal conclusion.

 4      Q.   BY MR. LARSON:  So at one point, though, you

 5    were --

 6           MR. PASTERNAK:  No.  Let him -- let him

 7    translate the objections.

 8           MR. LARSON:  Oh, I'm sorry.

 9      Q.   BY MR. LARSON:  Okay.  At -- at one point,

10    though, you were selling only green-colored Kiss Mixers,

11    correct?

12      A.   In the beginning.

13      Q.   In the beginning.

14           Where did you initially sell the Kiss Mixer?

15      A.   I rented a booth at Korean Festival.

16      Q.   Can you tell me approximately when that was?

17    Was it in 1999?

18      A.   September 1999.

19           THE REPORTER:  Excuse me.  Excuse me.  My

20    screen just froze.

21           Can we go off the record?

22           MR. LARSON:  Do we have a choice?

23           THE VIDEOGRAPHER:  Going off the record.  The

24    time is 11:14 a.m.

25                    (Brief recess.)
```

**Exhibit 1**          Page 17

1     THE VIDEOGRAPHER:  The time is 11:23 a.m.  Back
2  on the record.
3     Q.  BY MR. LARSON:  Mr. Yang, referring to second
4  page of that -- your declaration, you acquired the
5  rights to the Kiss Mixer in 1999, is that correct, from
6  Iljin?
7     A.  1998, in Korea.
8     Q.  Were you personally in Korea when you acquired
9  the rights to the Kiss Mixer?
10    A.  Yes.  I was doing wholesale of Kiss Mixer
11 distribution.
12    Q.  Excuse me.  You were doing wholesale
13 distribution of the Kiss Mixer in 1998?
14    A.  Yes, because I had wholesale company from
15 Samsung Electronics.
16    Q.  And this wholesale company, was that in Korea?
17    A.  Yes.  That is -- that was called STP, Inc.
18    Q.  And in 1998, you were actually selling the Kiss
19 Mixer?
20    A.  It was not exactly the same model.  It was
21 another model from Iljin.
22    THE INTERPRETER:  I-l-c-h-i-n or I-l-j-i-n,
23 interpreter's spelling.
24    Q.  BY MR. LARSON:  And in 1999, you got the rights
25 to the Kiss Mixer that was in the form of the green --

Exhibit 1          Page 18

```
1   the green blender; is that correct?
2       A.   Yes.
3       Q.   That was a different -- that was a much
4   different model than the one in 1998?
5       A.   The other model was not developed by Iljin, but
6   they were distributing them.
7       Q.   The model that -- the model that was initially
8   green, the green Kiss Mixer, would it be fair to say
9   that it -- it functioned exactly the same as all the
10  iterations after that?  It went to white, then -- and
11  you're also including this new Kiss Mixer that's in
12  front of you?
13           MR. PASTERNAK:  Objection.  Vague and
14  ambiguous.  Assumes facts not evidence.  Lack of
15  foundation.  Compound.
16           THE WITNESS:  The -- it functions differently
17  from the former models.
18      Q.   BY MR. LARSON:  You mean, the one in front of
19  you today?
20      A.   The original Kiss Mixer is the one with my
21  ideas in it for the purpose of world market.
22      Q.   When was that created?
23      A.   In 1999, up to that point, we were just
24  distributing somebody else's product.  I got an idea --
25  I developed the new product with the new size and design
```

**Exhibit 1**        Page 19

```
 1   and safety consideration, and that is the new product
 2   called Kiss Mixer, and I put the brand name on it
 3   myself, and I got the credit for that which enabled me
 4   to get the exclusive distribution rights to North
 5   America.
 6       Q.   And these -- these exclusive distribution
 7   rights to North America were the rights to the green
 8   iteration of the Kiss Mixer; is that correct?
 9       A.   Yes.
10       Q.   And that -- that's the -- that's the same Kiss
11   Mixer that you sold at the Korea Festival in September
12   '99?
13       A.   Yes.
14       Q.   But you do not claim to be the inventor of that
15   Kiss Mixer?
16       A.   Correct.
17       Q.   And that's the same type of Kiss Mixer that is
18   exactly the same -- functions the same as the Magic
19   Bullet; is that correct?
20           MR. PASTERNAK:  Hold on.  You can translate.  I
21   want to object.
22           Calls -- calls for a legal conclusion.  Assumes
23   facts not in evidence.  Compound.  Vague and ambiguous.
24       Q.   BY MR. LARSON:  You can answer the question.
25       A.   I don't understand what you're asking.
```

Exhibit 1          Page 20

1  Bullet.

2         MR. PASTERNAK:  Objection.  Assumes facts --

3  facts not in evidence.  Mischaracterizes his testimony.

4     Q.   BY MR. LARSON:  Did both the Magic Bullet and

5  the Kiss Mixer have a vessel, such as this, that it was

6  threaded?

7         MR. PASTERNAK:  Hold on.  Objection.  It's

8  vague in three ways, as to time, as to model of the Kiss

9  Mixer he's talking about, and as to model of the Magic

10 Bullet he's talking about.

11    Q.   BY MR. LARSON:  Directing your attention to the

12 1999 model of the Kiss Mixer, did -- did that Kiss Mixer

13 have a vessel that was threaded such as the one in front

14 of you today?

15    A.   Yes.

16    Q.   All right.  Did it also have an agitator collar

17 that was threaded?

18    A.   Yes.

19    Q.   Did the vessel engage with the agitator collar

20 such as I'm showing you now?

21    A.   Yes.

22    Q.   And did the agitator collar fit within the --

23 the -- where -- to make it blend; is that what it did?

24    A.   Yes.

25    Q.   And did the vessel contain a cap that fit to

```
 1          THE REPORTER:  56.  56.

 2          MR. LARSON:  And 55 is the -- is the subpoena?

 3          THE REPORTER:  Yes.

 4     Q.    BY MR. LARSON:  Okay.  Directing your attention

 5   to Exhibit 56, paragraph number five, you indicate that

 6   in -- this declaration was signed in July of 2004, and

 7   you indicate in paragraph five that the Kiss Mixer was

 8   almost identical in appearance to the ones sold in the

 9   beginning of 1999.

10          Do you see that?

11     A.    Yes.

12     Q.    And the only changes were the color,

13   ventilation holes and interior electronics?

14     A.    Yes.

15     Q.    And at that time, you were selling with the

16   Kiss Mixer two vessels?

17     A.    We had models with two vessels and four

18   vessels.

19     Q.    The more expensive model was with the four

20   vessels; is that correct?

21     A.    Yes.

22     Q.    Directing your attention to paragraph seven,

23   lines four and five, you indicate that "The Kiss Mixer

24   has been...actively advertised since 1999 in the Korea

25   Times, a daily newspaper directed to the Korean
```

Exhibit 1          Page 22

1  population living in the United States."

2     A.   Yes.

3     Q.   And you attach as an exhibit -- as an initial

4  exhibit certain advertisements in the Korean Times, the

5  first one being December 18, 1999?

6     A.   Yes.

7     Q.   Are you looking at -- are you looking at the

8  December 18th, 1999, ad?

9     A.   Yes.

10    Q.   Okay.  And the ad -- the ad just below the

11 Saturday, December 18, 1999, does that show the Kiss

12 Mixer?

13    A.   Yes.

14         MR. PASTERNAK:  Hold on.  I'm going to object

15 to the whole line of questioning as lacking person --

16 personal knowledge of the facts and lacking foundation.

17    Q.   BY MR. LARSON:  Mr. Yang, would it be correct

18 to say that these ads that you attached -- that were

19 attached to your declaration you acquired for your

20 counsel for that declaration back in 2004?

21    A.   I think so.

22    Q.   Directing your attention to paragraph nine, you

23 refer to a STP America's delivery wagon.  Could you

24 describe what type of advertisement that was?

25    A.   We put the graphic design on the vehicle and

1   went around.

2       Q.   What type of vehicle was it?

3       A.   Dodge Caravan and Mazda MPV, two vehicles.

4       Q.   Did you have a picture of -- in that ad, did

5   you have a picture of the Kiss Mixer?

6       A.   Yes.

7       Q.   Is it similar to the picture shown in this

8   Saturday, December 18th, 1999, ad?

9       A.   Yes.

10      Q.   Paragraph -- in paragraph 11, you indicate that

11  at the Korean Festival in September 23rd, 1999, you sold

12  approximately a hundred Kiss Mixers.  Could you describe

13  the extent of your sales, the history of your sales from

14  that point on through the end of 2000?

15      A.   I believe I sold almost 500 units.

16      Q.   From September 23, 1999 through the end of

17  2000?

18      A.   Up until the end of 2000, I believe we sold

19  more than 1500 units.

20      Q.   You -- a few moments ago, you said you sold 500

21  units.  What was the time span from the September 23,

22  1990 date -- '99 date until you said you sold 500 units?

23      A.   That was to the end of 1999, including

24  wholesale.

25      Q.   In paragraph 12, you refer to retailers and

```
 1   his follow-up questions.
 2         MR. LARSON:  I don't have any follow-up
 3   questions, but we'll -- we need to suspend the
 4   deposition to address the production of the documents
 5   that were requested, and what we've done so far will be
 6   put in a transcript form and sent to the witness under
 7   the federal rules, and we'll act accordingly, so we just
 8   want to preserve our right regarding the document
 9   production.
10         MR. PASTERNAK:  And I agree with counsel, if
11   additional documents end up being produced in the case,
12   the deposition will -- may have to be recommenced.
13         I don't agree with the filling in the blanks in
14   the transcript point, and counsel has made his point
15   clear on that as well.
16         MR. LARSON:  Okay.  Thank you very much,
17   Mr. Yang.
18         THE VIDEOGRAPHER:  Mr. Pasternak, would you
19   like a copy of the video?
20         MR. PASTERNAK:  Yes, please.
21         THE VIDEOGRAPHER:  Okay.  Going off the record.
22   The time is 1:25 p.m.
23
24         (Whereupon, the proceedings were
25         adjourned at 1:25 p.m.)
```

**Exhibit 1**        Page 25

```
 1   STATE OF CALIFORNIA      )
 2   COUNTY OF ORANGE         )
 3
 4           I, Cathy Clute, a Certified Shorthand Reporter in
 5   and for the State of California, do hereby certify:
 6           That, prior to being examined, the witness,
 7   SEUNG WEE YANG, was by me duly sworn to testify the truth,
 8   the whole truth, and nothing but the truth;
 9           That said deposition was taken down by me in
10   shorthand at the time and place named therein and was
11   thereafter reduced to typewriting under my supervision;
12   that this transcript reflects a true record of the
13   testimony given by the witness and contains a full, true
14   and correct report of the proceedings which took place at
15   the time and place set forth in the caption hereto as shown
16   by my original stenographic notes.
17           I further certify that I have no interest in the
18   event of the instant action.
19           Executed at Huntington Beach, California, this
20   June 5, 2010.
21
22
23           CATHY CLUTE, RPR, CSR 11677
24
25
                                                      53
```

**Exhibit 1**     Page 26

```
 1   STATE OF CALIFORNIA        )

 2   COUNTY OF ORANGE           )

 3

 4

 5

 6        I, SEUNG WEE YANG, hereby certify under penalty of

 7   of perjury, under the laws of the State of California, that

 8   the foregoing document is true and correct to the best of

 9   my knowledge.

10        Executed this _____day of _____,

11   2010, in the city of _____,

12   California.

13

14

15                    _____

16                    SEUNG WEE YANG

17

18

19

20

21

22

23

24

25
```

**Exhibit 1**        Page 27

```
1   THE FOLLOWING CORRECTIONS HAVE BEEN MADE BY ME ON

2   _____, 2010.

3

4                    _____

5                         SEUNG WEE YANG

6

7   PAGE/LINE        FROM                    TO

8   _____          _____            _____

9   _____          _____            _____

10  _____          _____            _____

11  _____          _____            _____

12  _____          _____            _____

13  _____          _____            _____

14  _____          _____            _____

15  _____          _____            _____

16  _____          _____            _____

17  _____          _____            _____

18  _____          _____            _____

19  _____          _____            _____

20  _____          _____            _____

21  _____          _____            _____

22  _____          _____            _____

23  _____          _____            _____

24  _____          _____            _____

25  _____          _____            _____
```

Exhibit 1          Page 28

1

2                           --ooOoo--

3

4           I hereby declare that I translated the

5    foregoing deposition transcript into Korean for the

6    deponent, and that he indicated he understood what was

7    being read to him and that he has made any corrections

8    or changes he felt needed to be made to his testimony

9    before signing this transcript.

10          Signed and dated this _____ day of

11   _____, 2010, at _____,

12   California.

13

14          _____

15                    Interpreter/Translator

16

17                          --ooOoo--

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| Sunbeam Products, Inc. dba Jarden Consumer Sol'n | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.   3:09-CV-791 REP |
| | ) |
| Hamilton Beach Brands, Inc. et al. | )  (If the action is pending in another district, state where: |
| *Defendant* | )   Eastern District of Virginia            ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Seun Wee Yang, STP America, 520 S. LaFayette Park Place, Suite 520, Los Angeles, CA 90057

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Cislo & Thomas, LLP<br>          1333 Second Street, Suite 500<br>          Santa Monica, CA 90401 | Date and Time:<br><br>          06/02/2010 9:30 am |
|---|---|

The deposition will be recorded by this method:   Stenographic and audio-visual means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A, attached hereto.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  05/12/2010

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Homeland Housewares, LLC                                    , who issues or requests this subpoena, are:
Daniel M. Cislo, Cislo & Thomas LLP, 1333 2nd St., Suite 500, Santa Monica, California 90401; 310-451-0647; dcislo@cislo.com

(23 pgs.

EXHIBIT 55
Deponent Yang
6.2.10          Rptr.
WWW.DEPOBOOK.COM

**Exhibit 1**                    Page  30

Civil Action No.  3:09-CV-791 REP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

53-2

**Exhibit 1**          Page 31

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**Exhibit 1**      Page 32

53·3

## ATTACHMENT A

**Sunbeam Products, Inc. dba Jarden Consumer Solutions**

**v.**

**Hamilton Beach Brands, Inc., Homeland Housewares, LLC, Alchemy Worldwide, LLC, Alchemy Worldwide, Inc., and Back to Basics Products, LLC**

### Eastern District of Virginia, Case No. 09-cv-791 REP

Homeland Housewares, LLC requests that Seung Wee Yang produce the following categories of documents to the extent such documents are in his possession, custody or control, at the offices of Cislo & Thomas, LLP, 1333 Second Street, Suite 500, Santa Monica, California, 90401, on or before June 2, 2010 at 9:30 a.m.:

1. Documents sufficient to demonstrate STP America's domestic sales of the Kiss Mixer from the inception of those sales through 2002.

2. Documents sufficient to demonstrate all advertisements placed by STP America in the Korea Times from the inception of such advertisements through 2002.

3. Documents sufficient to demonstrate all advertisements placed by STP America in any medium other than the Korea Times from the inception of such advertisements through 2002.

4. All documents that support your contention that the Kiss Mixer was developed in 1999 in South Korea, as stated by you in paragraph 6 of Attachment-B hereto, i.e. the Declaration of Seung Wee Yang dated July 12, 2004.

5. If you contend that you are the inventor of the Kiss Mixer, all documents that support your contention.

6. All documents referred to or relied upon by you in preparing Attachment-B hereto, i.e. the Declaration of Seung Wee Yang dated July 12, 2004.

**Exhibit 1**          Page 33

53-4

**ATTACHMENT B**

**Exhibit 1**   Page 34

55-5

RECEIVED
JUL 1 3 2004
By_____

1  **RICHARD C. SPENCER**
2  **RICHARD C. SPENCER, P.C.**
   624 South Grand Avenue
3  One Wilshire Building, Suite 2200
   Los Angeles, California 90017
4  (213) 629-7900
5  Fax: (213) 629-7990
6  State Bar No. 43720

7  **ROGER A. COLAIZZI**
8  **VENABLE LLP**
   575 7th Street, N.W.
9  Washington, D.C. 20004-1601
   (202) 344-4000
10 Fax: (202) 344-8300

11

12 Attorneys for Defendants/Counterclaimant

13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**

15 HOMELAND HOUSEWARES, LLC, a        )   CASE NO. CV04-2831-GHK(JTLx)
16 California limited liability company,      )
                                             )
17              Plaintiff,                    )   DECLARATION OF
18      v.                                    )   SEUNG WEE YANG
                                             )
19 TRISTAR PRODUCTS, INC., a                  )
20 Pennsylvania corporation; KISHORE          )
   MIRCHANDANI, an individual, d/k/a          )
21 "KEITH" MIRCHANDANI; and DOES             )
22 1-9, inclusive,                            )
                                             )
23              Defendants.                   )
                                             )
24

25 SEUNG WEE YANG states as follows:

26      1.     I am President and sole owner of STP America, Inc. ("STP America").

27 I am over eighteen (18) years of age and am competent to testify as to the statements

28 made in this declaration.  Unless otherwise stated, I have personal knowledge of the

                                      1
                    DECLARATION OF SEUNG WEE YANG

Exhibit 7
Page 559

**Exhibit 1**          Page 35          55-6

1   facts stated below, and if sworn as a witness I would testify to those facts.

2       2.    STP America is a California corporation with its headquarters and

3   principal place of business located at 520 S. La Fayette Park Place, Suite 520, Los

4   Angeles, California 90057.

5       3.    STP America is in the business of marketing and selling kitchen and

6   other household appliances through direct response marketing (including internet

7   sales), as well as through traditional advertising (such as television, radio, and print

8   advertisements).

9       4.    STP America markets and sells in the United States a blender and

10  vessel product called the KISS MIXER, which is manufactured by a Korean

11  manufacturing company, Iljin, and imported and sold by STP America beginning in

12  1999. The KISS MIXER is sold with a motorized base and two vessels. I have

13  provided to attorneys for Tristar Products, Inc. a sample of the KISS MIXER that is

14  currently sold in the United States by STP America. It has a white body. I also

15  provided to attorneys for Tristar Products, Inc. a sample of the KISS MIXER

16  product that I began selling in 1999. It has a green body.

17      5.    The KISS MIXER currently sold by STP America is almost identical in

18  appearance to the KISS MIXER STP America sold beginning in 1999. The only

19  change ever made to the appearance of the KISS MIXER between 1999 and now

20  was a change in color, and a slight change in the ventilation holes on the KISS

21  MIXER. There was also a change made to the interior electronics, but that change

22  did not affect the exterior appearance of the KISS MIXER, or of either vessel sold

23  with the KISS MIXER.

24      6.    The KISS MIXER was developed in South Korea in 1999, and a

25  design patent showing the same ornamental design as the KISS MIXER was issued

26  by the South Korean government. I believe that the South Korean patent showing

27  the KISS MIXER design is owned by Iljin, the manufacturer of the KISS MIXER.

28  In 2002, the ornamental design of the KISS MIXER shown in the South Korean

2

DECLARATION OF SEUNG WEE YANG

Exhibit 7<br>Page 560

Exhibit 1        Page 36

53 - 7

1   patent won a design award from Tan Young Sil, a private organization famous in

2   Korea.

3       7. _ Since 1999, the KISS MIXER has been publicly advertised in the Los

4   Angeles area and elsewhere. The KISS MIXER has been very actively advertised

5   since 1999 in the Korea Times, a daily newspaper directed to the Korean population

6   living in the United States. A copy of several different ads for the KISS MIXER are

7   attached as Exhibit A. These ads ran from 1999 to the present. The advertisements

8   attached as Exhibit A ran at least in issues of the Korea Times dated December 18,

9   1999; May 1 – May 7, 2000; June 22, 2000; and August 26, 2001.     These

10  advertisements show a picture of the KISS MIXER product, including the two KISS

11  MIXER vessels.

12      8.    The KISS MIXER has also been advertised on television and radio.

13  The KISS MIXER was advertised on Radio Korea, which broadcasts in Los

14  Angeles, for a period of two months between 2000 and 2001. A commercial

15  featuring a picture of the KISS MIXER has also been shown periodically since 2000

16  on stations carrying the Korean Channel, KTE and KTLA, both based in Los

17  Angeles. A copy of that television commercial was provided to counsel for Tristar,

18  and is labeled "KISS PLUS."

19      9.    The KISS MIXER has also been advertised by STP America in

20  advertisements displayed on STP America's delivery wagon. The wagon is covered

21  with advertisements showing the KISS MIXER product. The wagon is used to

22  deliver products all over the Los Angeles area. The advertisements were used on

23  the wagon beginning in October 1999 and are still used to advertise the KISS

24  MIXER today.

25      10.   The KISS MIXER has also been sold on a website,

26  www.kissmixer.com, continuously since July 2001. The website has always

27  featured a picture of the KISS MIXER product. A copy of the page is attached as

28  Exhibit B.

3

DECLARATION OF SEUNG WEE YANG

Exhibit 7
Page 561

Exhibit 1          Page 37

53·8

1    11.   The KISS MIXER was sold for the first time in the United States on

2  September 23, 1999 at the annual Korean Festival in Los Angeles. The festival was

3  attended by the general public and hosted approximately 100 vendors. STP

4  America sold approximately 100 Kiss Mixers that day. STP America can, if

5  necessary, produce a witness (and current customer) who purchased a KISS MIXER

6  at that festival on September 23, 1999.

7    12.   Since then, STP America has sold approximately 60,000 to 70,000

8  units of the KISS MIXER since 1999. STP America sells the KISS MIXER to over

9  60 retailers and wholesalers in Alaska, Arizona, California, Colorado, Georgia,

10  Hawaii, Illinois, Massachusetts, Maryland, Nevada, New York, New Jersey, and

11  other states. Attached as Exhibit C is a list of the stores available on the

12  www.kissmixer.com website.

13    13.   Attached as Exhibit D is an invoice to one retail customer, Chung's

14  Price Center in Los Angeles, showing a sale of KISS MIXER products in 2000. A

15  number of other retailers have sold the KISS MIXER since 1999 or 2000, including

16  ABC Appliance Center in Los Angeles; Hyundai Department Store in Garden

17  Grove, California; Roland in New York; Modern Gift in Chicago (a retailer and

18  wholesaler); and New Start Health Food in Garden Grove.

19    14.   The KISS MIXER received UL certification in 2002. UL certification

20  was applied for by the manufacturer in 2001 in South Korea. The current UL

21  certification number is E-218941. The application documents submitted to the

22  South Korean UL certification agency contained drawings of the KISS MIXER

23  product, including the blender base, and the two vessels sold with the KISS MIXER.

24  Those documents are attached as Exhibit E.

25    15.   I have purchased a sample of the MAGIC BULLET product sold by

26  Homeland and have compared it to the KISS MIXER. The products are identical

27  except for color and labeling. In addition, the vessels sold with the KISS MIXER

28  are identical in appearance to two of the vessels sold with the MAGIC BULLET.

4

DECLARATION OF SEUNG WEE YANG

Exhibit 7
Page 562

53-7

**Exhibit 1**      Page 38

1   Executed on July 12 2004.
2
3   I declare under penalty of perjury that the foregoing is true and correct.
4
5
6                              Seung Wee Yang
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9
DECLARATION OF SEUNG WEE YANG

Exhibit 7
Page 563

55-10

**Exhibit 1**                    Page  39

11-59

Exhibit 7
Page 564

Exhibit 1          Page 40

53-11

53-19



시사저널 No.598~153호·Aug. 28, 2001

# 시사·교양 PREVIEW 미래보기



「손석근의 다큐세상」
## 그것이 알고싶다

Exhibit 7
Page 565

53--12

**Exhibit 1**          Page 41



Exhibit 7
Page 566

55·13

Exhibit 1          Page  42



Exhibit 7
Page 567

**Exhibit 1**      Page 43



Exhibit 7
Page 568

53-15

**Exhibit 1**        Page 44



Features   Instructions   Recipes   Warranty   Q & A   Contact Us   Business Opportun

The compact, efficient and lightweight mixer
that blends, chops and purées with ease.

the Kiss Mixer. Its compact, efficient and lightweig
it an indispensable kitchen tool! The Kiss Mixer is eq
high powered motor and has all the power of much
enabling you to easily grind, blend, mix or purée mo
Lightweight, easy to handle and clean, it doesn't eat
other bulky blenders and it's powerful enough to ha
required.

order now

visitor count: 1    5

Order Online or Toll Free: 1-866-833-8383
| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

EXHIBIT B

Exhibit 7
Page 569

55 · 16

Exhibit 1          Page 45

Local Stores

STORE TYPE:  S - Retail Shop,   W - Wholesale & Retail  OR  Please Contact at 1-866-883-8200

| TYPE | | NAME | TELEP |
|------|---|------|-------|
| S | | LOTTE GIFT CENTER<br>240 E. 4TH AVE.<br>ANCHORAGE, AK 99501 | |
| S | | ORIENTAL SHOPPING CENTER<br>408 E. FIREWEED LN.<br>ANCHORAGE, AK 99503 | |
| S | | KOREA PLAZA<br>4222 W. DUNLAP AVE.<br>PHOENIX, AZ 85051 | |
| S | | PRINCE GIFT<br>18015 NORWALK BLVD. #A<br>ARTESIA, CA 90701 | |
| S | | HANNAM SUPER MARKET<br>5301 BEACH BLVD.<br>BUENA PARK, CA 90621 | |
| S | | HANNAM SUPER MARKET<br>5301 BEACH BLVD.<br>BUENA PARK, CA 90621 | |
| S | | HANNAM SUPER MARKET<br>9772 GARDEN GROVE BLVD.<br>GARDEN GROVE, CA 92844 | |
| S | | SEOUL DEP' STORE<br>9562 GARDEN GROVE BLVD. #B<br>GARDEN GROVE, CA 92844 | |
| S | | KITCHEN NARA<br>9580 GARDEN GROVE  BLVD. 110<br>GARDEN GROVE, CA 92844 | |
| S | | HYUNDAI DEPARTEMENT STORE<br>9836 GARDEN GROVE BLVD.<br>GARDEN GROVE, CA 92844 | |
| S | | NEW STAR HEALTH FOOD<br>9721 GARDEN GROVE BLVD. #A<br>GARDEN GROVE, CA 92844 | |
| S | | HAYWARD AMORE GIFT<br>22368 MISSION BLVD.<br>HAYWARD, CA 94541 | |
| S | | COSMOS ELECTRONIC<br>3020 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | |
| S | | CHUNG'S PRICE CENTER<br>2846 W. 7TH ST.<br>LOS ANGELES, CA 90005 | |

http://www.kissmixer.com/storelist.html           EXHIBIT C

7/9/2004

Exhibit 7
Page 570

53·17

**Exhibit 1**                    Page 46

| | | | |
|---|---|---|---|
| | S | | ABC APPLIANCE CENTER<br>928 S. WESTERN AVE. 333<br>LOS ANGELES, CA 90006 |
| | S,W | | J B INTERNATIONAL<br>137 S 8TH AVE #K<br>CITY OF INDUSTRY, CA 91746 |
| | S,W | | JIN TRADING<br>13009 S FIGUEROA ST<br>LOS ANGELES, CA 90061 |
| | S | | CALIFORNIA MARKET<br>15933 PIONEER BLVD.<br>NORWALK, CA 90650 |
| | S | | TREASURE ISLAND GIFT/GIFT WORLD<br>312 14TH STREET<br>OAKLAND, CA 94612 |
| | S | | OCK SUL SUN SIK<br>18349 E. COLIMA RD.<br>ROWLAND HEIGHTS, CA 91748 |
| | S | | SUPERCO ELECTRONIC<br>221 N ATLANTIC BLVD.<br>MONTEREY PARK, CA 91754 |
| | S | | SILVER WORLD<br>4237 CONVOY ST.<br>SAN DIEGO, CA 92111 |
| | S | | KIM'S GIFT<br>1600 GEARY BLVD. (JAPAN TOWN)<br>SAN FRANCISCO, CA 94115 |
| | S | | COSMOS DEPARTMENT STORE<br>2840 EL CAMINO REAL<br>SANTA CLARA, CA 95051 |
| | S | | GALLERIA MARKET<br>3531 EL CAMINO REAL #107<br>SANTA CLARA, CA 95051 |
| | S | | ROYAL GIFT CENTER<br>3450 EL CAMINO REAL #103<br>SANTA CLARA, CA 95051 |
| | S | | JAE IL GIFT<br>22840 S. WESTERN AVE.<br>TORRANCE, CA 90501 |
| | S | | HANNAM SUPER MARKET<br>3030 W. SEPULVEDA BLVD.<br>TORRANCE, CA 90505 |
| | S | | HANNAM SUPER MARKET<br>21080 GOLDEN SPRING RD.<br>WALNUT, CA 91789 |

http://www.kissmixer.com/storelist.html

53-18

**Exhibit 1**          Page 47

| | | | |
|---|---|---|---|
| | S | | HANAHRUM SUPERMARKET<br>2781 SOUTH PARKER RD<br>AURORA, CO 80014 | |
| | S | | ORIENTAL MARKET<br>10260 E. COLFAX AVE.<br>AURORA, CO 80010 | |
| | S | | LOTTE SUPER MARKET<br>1960 DAY RD<br>DULUTH, GA 30093 | |
| | S | | H.D ORIENTAL GIFT<br>5725 BUFORD HWY #101<br>DORAVILLE, GA 30340 | |
| | S | | KOREANA PHARMACY<br>3230 STEVE REYNOLDS BLVD #114<br>DULUTH, GA 30096 | |
| | S | | HEALTH FOOD<br>5878 BUFORD HWY<br>DORAVILLE, GA 30340 | |
| | S.W | | ATLANTA MARKETING<br>5455 BUFORD HWY #A-224.<br>ATLANTA, GA 30340 | |
| | S | | ORIENTAL FOOD WHOLESALES CO.<br>5600 BUFORD HWY.<br>DORAVILLE, GA 30340 | |
| | S | | PALAMA ORIENTAL MARKET<br>1210 DILLINGHAM BLVD.<br>HONOLULU, HI 96817 | |
| | S.W | | SP COPORATION<br>2421 COBBLE WOOD.<br>NORTH BROOK, IL 60062 | |
| | S.W | | MODERN GIFT STORE<br>3432 W. LAWRENCE AVE.<br>CHICAGO, IL 60625 | |
| | S | | GALLERIA PLAZA<br>848 GOLF RD<br>NILES, IL 60714 | |
| | S | | HANKOOK FOOD<br>45 UNION SQ.<br>SOMERVILLE, MA 02143 | |
| | S | | LOTTE FOOD<br>297 MASS AVE.<br>CAMBRIDGE, MA 02139 | |
| | S | | KOREAN CORNER MARKET<br>12207 VIERS MILL RD.<br>WHEATON, MD 20906 | |

Local Stores

| | | | |
|---|---|---|---|
| | S | | MANMI ORIENTAL MART<br>5060 ROCHESTER RD.<br>TROY, MI 48098 | |
| | S | | LUCKY ORIENTAL FOOD&GIFT<br>4211 SOUTH BLVD<br>CHARLOTTE, NC 28205 | |
| | S | | PARK, YOUNG IL<br>8 ORIOLE CITY #2A<br>MERRIMACK, NH 03054 | |
| | S | | MIGUN HEALTH (LAS VEGAS)<br>953 E. SAHARA #E-24<br>LAS VEGAS, NV 89104 | |
| | S | | HANAHREUM SUPER MARKET<br>29-02 UNION ST<br>FLUSHING, NY 11354 | |
| | S,W | | HOME PLUS<br>31-85 WHITESTONE EXP WAY.<br>FLUSHING, NY 11354 | |
| | S | | HANYANG MARKET<br>150-1 NORTHERN BLVD.<br>FLUSHING, NY 11354 | |
| | S,W | | ROLAND<br>248-25 NORTHERN BLVD #1-D<br>LITTLE NECK, NY 11362 | |
| | S | | HANAHREUM SUPER MARKET<br>321 BROAD AVE<br>RIDGEFIELD, NJ 07657 | |
| | S | | HANAHREUM SUPER MARKET<br>29-02 UNION ST<br>FLUSHING, NY 11354 | |
| | S | | ROYAL GIFT CENTER<br>9952 S.W. BEAVERTON-HILLSDALE HWY<br>BEAVERTON, OR 97005 | |
| | S | | SAMJIN GIFT<br>9955 S.W. BEAVERTON-HILLSDALE HWY. #110<br>BEAVERTON, OR 97005 | |
| | S | | SUPER HEALTH NATURAL<br>5915 N 5TH ST<br>PHILA, PA 19120 | |
| | S,W | | WELLBEING HEALTH<br>2257 ROYAL LN<br>DALLAS, TX 75229 | |
| | S | | AMORE GIFT CENTER<br>2552 JOE FIELD RD.<br>DALLAS, TX 75229 | |

7/9/2004
Exhibit 7
Page 573

53-20

**Exhibit 1**        Page  49

Local Stores

| | | | |
|---|---|---|---|
| | S | | HANAHREUM SUPER MARKET<br>10780 LEE HIGHWAY<br>FAIRFAX, VA 22030 | |
| | S | | HANAHREUM SUPER MARKET<br>8103 LEE HIGHWAY<br>FALLS CHURCH, VA 20222 | |
| | S | | BEST RAW MILL<br>17425 HIGHWAY 99<br>LYNNWOOD, WA 98037 | |
| | S | | BEST GEN FOOD<br>551 D 156TH AVE S E<br>BELLEVUE, WA 98007 | |
| | S | | KANG'S GIFT<br>1414 S. 324 ST. B-201<br>FEDERALWAY, WA 98003 | |
| | S, W | | SHINSHIN ENTERPRISE, INC.<br>9205 S. TACOMA WAY #101<br>TACOMA, WA 98499 | |
| | S | | LOTTE DEPARTMENT STORE<br>15001 AURORA AVE.<br>N. SEATTLE, WA 98133 | |
| | S, W | | HANAHREUM SUPER MARKET<br>100-328 NORTH ROAD<br>COQUITLAM, BC, V3B7J4, CANADA | |
| | S, W | | GLORIA FASHION & GIFT<br>654 BLOOR ST. W.<br>TORONTO, M6G 1K9, CANADA | |
| | S | | JUNO & JUNI<br>3601 KINGSWAY<br>VANCOUVER, BC, V5R 5M1, CANADA | |
| | S, W | | LUCKY ELECTRONICS<br>206-403 NORTH ROAD<br>COQUITLAM, BC, V3K 3V9, CANADA | |

STP America, Inc.
520 S. La Fayette Park Place, Suite 520
Los Angeles, CA 90057
Tel. (213)388-8200 / Fax. (213)388-8220
Toll Free 1-866-883-8200

E-mail: cpmysng01@yahoo.com

(c)copyright . 2000-2003. STP America, Inc.
Developed by Sam's Network

7/9/2004
Exhibit 7
Page 574

55 · 21

Exhibit 1          Page  50

# INVOICE

**STP AMERICA, INC.**
**Div. of ILJIN AMERICA**
3625. W 6ᵗʰ ST. STE 221
Los Angeles, CA. 90020
Tel: (213) 380-0944   Fax: (213) 380-1747
E-Mail: ILJIN@PacBell.Net

NO:783685

DATE: APR,30.00

| BILL TO: JUNG'S CENTER | SHIP TO: |
|---|---|
| 2946 W 7ᵀᴴ ST<br>LA,CA<br>TEL 213-389-1111<br>FAX213-386-1010 | |

| Date | P.O. Number | Terms | REP | Ship | P.O.B. | Project |
|---|---|---|---|---|---|---|

| Date | Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|---|
| MAR/02 | 60 | | KISS-ULTER POWER | 79.00 | 4,740.00 |
| MAR/31 | 300 | | 숯불이 | 1.20 | 360.00 |
| APR/03 | 200 | | KISS-MIXER | 42.75 | 8,550.00 |
| APR/05 | 100 | | FUNNEL-CUP | 8.00 | 0.00 |
| APR/03 | | | PAID | | -4,550.00 |
| APR/05 | 50 | | FUNNEL-CUP | 8.00 | 0.00 |
| APR/06 | 100 | | KISS-MIXER | 42.75 | 4,275.00 |
| APR/06 | | | PAID | | -4,000.00 |
| APR/06 | | | PAID | | -4,275.00(MAY/06) |
| APR/24 | 100 | | KISS-MIXER | 42.75 | 4,275.00 |
| APR/27 | | | PAID FOR CHARCOAL | | -360.00 |
| | | | PAID FOR U/POWER | | -750.00 |

| Received By: | | Total: $8,265.00 | |
|---|---|---|---|



**EXHIBIT D**

Exhibit 7
Page 575

53 - 22

Exhibit 1          Page 51

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2010, a true and correct copy of the foregoing pleading or paper was served on the following by electronic mail:

Paul A. Gennari
Tremayne M. Norris
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-6413
Fax: (202) 429-3902
pgennari@steptoe.com
tnorris@steptoe.com
*Counsel for Plaintiff*

Craig C. Reilly
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Fax: (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendant Back to Basics Products, LLC*

Robert M. Tyler
McGuire Woods LLP
901 E. Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1000
Fax: (804) 775-1061
rtyler@mcguirewoods.com
*Counsel for Defendant Hamilton Beach Brands, Inc.*

Thomas G. Pasternak
Steptoe & Johnson LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1265
Fax: (312) 577-1370
tpasternak@steptoe.com
*Co-counsel for Plaintiff*

Joseph A. Kromholz
Laura Dable
Peggy Pechulis
Ryan Kromholz & Manion, S.C.
P.O. Box 22618
Milwaukee, WI 53226-0618
jkromholz@rkmiplaw.com
ppechulis@rkmiplaw.com
ldable@rkmiplaw.com
*Counsel for Defendant Back To Basics, LLC*

I declare, under penalty of perjury that the foregoing is true and that I am employed in the office of one or more attorneys admitted to practice in the above-captioned case at whose direction the service was made.

_Laura Banuelos_
Laura Banuelos

53 · 23

**Exhibit 1**

RECEIVED
JUL 1 3 2004
By____

1  **RICHARD C. SPENCER**
2  **RICHARD C. SPENCER, P.C.**
   624 South Grand Avenue
3  One Wilshire Building, Suite 2200
   Los Angeles, California 90017
4  (213) 629-7900
5  Fax: (213) 629-7990
   State Bar No. 43720
6

7  **ROGER A. COLAIZZI**
   **VENABLE LLP**
8  575 7th Street, N.W.
9  Washington, D.C. 20004-1601
   (202) 344-4000
10 Fax: (202) 344-8300

11

12 Attorneys for Defendants/Counterclaimant

13           UNITED STATES DISTRICT COURT
14          CENTRAL DISTRICT OF CALIFORNIA

15 HOMELAND HOUSEWARES, LLC, a     )   CASE NO. CV04-2831-GHK(JTLx)
   California limited liability company,  )
16                                   )
17            Plaintiff,             )   DECLARATION OF
                                     )   SEUNG WEE YANG
18     v.                            )
                                     )
19 TRISTAR PRODUCTS, INC., a         )
   Pennsylvania corporation; KISHORE )
20 MIRCHANDANI, an individual, d/k/a )
   "KEITH" MIRCHANDANI; and DOES     )
21 1-9, inclusive,                   )
22            Defendants.            )
                                     )
23 _____  )

24

25 SEUNG WEE YANG states as follows:

26      1.    I am President and sole owner of STP America, Inc. ("STP America").

27 I am over eighteen (18) years of age and am competent to testify as to the statements

28 made in this declaration. Unless otherwise stated, I have personal knowledge of the

                              1

1    facts stated below, and if sworn as a witness I would testify to those facts.

2       2.     STP America is a California corporation with its headquarters and

3    principal place of business located at 520 S. La Fayette Park Place, Suite 520, Los

4    Angeles, California 90057.

5       3.     STP America is in the business of marketing and selling kitchen and

6    other household appliances through direct response marketing (including internet

7    sales), as well as through traditional advertising (such as television, radio, and print

8    advertisements).

9       4.     STP America markets and sells in the United States a blender and

10    vessel product called the KISS MIXER, which is manufactured by a Korean

11    manufacturing company, Iljin, and imported and sold by STP America beginning in

12    1999. The KISS MIXER is sold with a motorized base and two vessels. I have

13    provided to attorneys for Tristar Products, Inc. a sample of the KISS MIXER that is

14    currently sold in the United States by STP America. It has a white body. I also

15    provided to attorneys for Tristar Products, Inc. a sample of the KISS MIXER

16    product that I began selling in 1999. It has a green body.

17       5.     The KISS MIXER currently sold by STP America is almost identical in

18    appearance to the KISS MIXER STP America sold beginning in 1999. The only

19    change ever made to the appearance of the KISS MIXER between 1999 and now

20    was a change in color, and a slight change in the ventilation holes on the KISS

21    MIXER. There was also a change made to the interior electronics, but that change

22    did not affect the exterior appearance of the KISS MIXER, or of either vessel sold

23    with the KISS MIXER.

24       6.     The KISS MIXER was developed in South Korea in 1999, and a

25    design patent showing the same ornamental design as the KISS MIXER was issued

26    by the South Korean government. I believe that the South Korean patent showing

27    the KISS MIXER design is owned by Iljin, the manufacturer of the KISS MIXER.

28    In 2002, the ornamental design of the KISS MIXER shown in the South Korean

1 patent won a design award from Tan Young Sil, a private organization famous in
2 Korea.

3     7.    Since 1999, the KISS MIXER has been publicly advertised in the Los
4 Angeles area and elsewhere. The KISS MIXER has been very actively advertised
5 since 1999 in the Korea Times, a daily newspaper directed to the Korean population
6 living in the United States. A copy of several different ads for the KISS MIXER are
7 attached as Exhibit A. These ads ran from 1999 to the present. The advertisements
8 attached as Exhibit A ran at least in issues of the Korea Times dated December 18,
9 1999; May 1 – May 7, 2000; June 22, 2000; and August 26, 2001.     These
10 advertisements show a picture of the KISS MIXER product, including the two KISS
11 MIXER vessels.

12     8.    The KISS MIXER has also been advertised on television and radio.
13 The KISS MIXER was advertised on Radio Korea, which broadcasts in Los
14 Angeles, for a period of two months between 2000 and 2001. A commercial
15 featuring a picture of the KISS MIXER has also been shown periodically since 2000
16 on stations carrying the Korean Channel, KTE and KTLA, both based in Los
17 Angeles. A copy of that television commercial was provided to counsel for Tristar,
18 and is labeled "KISS PLUS."

19     9.    The KISS MIXER has also been advertised by STP America in
20 advertisements displayed on STP America's delivery wagon. The wagon is covered
21 with advertisements showing the KISS MIXER product. The wagon is used to
22 deliver products all over the Los Angeles area. The advertisements were used on
23 the wagon beginning in October 1999 and are still used to advertise the KISS
24 MIXER today.

25     10.   The KISS MIXER has also been sold on a website,
26 www.kissmixer.com, continuously since July 2001. The website has always
27 featured a picture of the KISS MIXER product. A copy of the page is attached as
28 Exhibit B.

3

56-9

1   11.   The KISS MIXER was sold for the first time in the United States on
2   September 23, 1999 at the annual Korean Festival in Los Angeles. The festival was
3   attended by the general public and hosted approximately 100 vendors. STP
4   America sold approximately 100 Kiss Mixers that day. STP America can, if
5   necessary, produce a witness (and current customer) who purchased a KISS MIXER
6   at that festival on September 23, 1999.
7   12.   Since then, STP America has sold approximately 60,000 to 70,000
8   units of the KISS MIXER since 1999. STP America sells the KISS MIXER to over
9   60 retailers and wholesalers in Alaska, Arizona, California, Colorado, Georgia,
10  Hawaii, Illinois, Massachusetts, Maryland, Nevada, New York, New Jersey, and
11  other states. Attached as Exhibit C is a list of the stores available on the
12  www.kissmixer.com website.
13  13.   Attached as Exhibit D is an invoice to one retail customer, Chung's
14  Price Center in Los Angeles, showing a sale of KISS MIXER products in 2000. A
15  number of other retailers have sold the KISS MIXER since 1999 or 2000, including
16  ABC Appliance Center in Los Angeles; Hyundai Department Store in Garden
17  Grove, California; Roland in New York; Modern Gift in Chicago (a retailer and
18  wholesaler); and New Start Health Food in Garden Grove.
19  14.   The KISS MIXER received UL certification in 2002. UL certification
20  was applied for by the manufacturer in 2001 in South Korea. The current UL
21  certification number is E-218941. The application documents submitted to the
22  South Korean UL certification agency contained drawings of the KISS MIXER
23  product, including the blender base, and the two vessels sold with the KISS MIXER.
24  Those documents are attached as Exhibit E.
25  15.   I have purchased a sample of the MAGIC BULLET product sold by
26  Homeland and have compared it to the KISS MIXER. The products are identical
27  except for color and labeling. In addition, the vessels sold with the KISS MIXER
28  are identical in appearance to two of the vessels sold with the MAGIC BULLET.

4

1    Executed on July 12, 2004.

2

3    I declare under penalty of perjury that the foregoing is true and correct.

4

5                              _Seung Wee Yang_

6                              Seung Wee Yang

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF SEUNG WEE YANG

56-5

**Exhibit 1**            Page 57



# 미니믹서

다를 갖고싶어서 ...
우리 그이가 매일 애달래
우리 애들이 더 그래

각종 과일씨까지 전부
갈아서 드십시오.

정육별 판매가
**$69⁹⁹**

## 정말 편리합니다!!

# 자동반죽, 자동으로 국수뽑는 기계



정육별 판매가
**$99⁹⁹**



300g 2Kg
$3 $10

## 한국산 콩가루세일



## 완도 청정바다 특미
# 돌구이김 반액세일

재고한정!!



10개에 단돈
1봉지 ➡ **$15**
$3 **EXHIBIT A**

## 여러모로 쓰기 편리한
# 7PCS. 냄비세트



Reg. $59⁹⁹ ➡ **$39⁹⁹**

정스 프라이스 센타
정스백화점
(213) 389-1111

**Exhibit 1**    Page 58

# 시사 · 고발 P R E V I E W 미리보기


RBS



**시사매거진 2580**

### 1. 재건축 아파트

인천공항, 고속도로 기반공사, 월드컵 경기장 등 국책시설이 마무리되면서 2003년 이후 건설업계 판도가 재건축 수주실적에 따라 좌우될 것이라는 전망이 나오고 있는 가운데 수도권 노른자위 재건축 공사를 둘러싸고 종합건설사들끼리 벌이는 치열한 수주경쟁을 조명한다. 특히 현대건설과 대산삼성건설은 이후 새로운 강자로 떠오른 LG건설과 삼성물산이 합류...

### 2. 컬러렌즈 부작용

컬러렌즈 시대의 한 보너기에서 기인한 합법먼트, 공비로 경쟁률이 붙면서 번개같이 출현하는 사업경쟁에서 과도한 결과만으로 영업과 병렬체제로 광고에서 국내경제 시스템을 설치하는 사람들이 결국에 놓고 있지만 현실은 어려운 중 다르다.

### 3. 열풍위기 국산영육

국내 반값에 채워지는 농가가 논란 크게 불어졌고 있고, 종국산 양어식이 뒤떨어진 국산반값약의 가격경쟁에서 열약한 국내생산이 종국한 국산반값에 투여되는 50% 동이 이르고 국산반값재에 생산하는 종국인력 자기본에 입장하면 종국 소비의 부작된 사업을 구가한다...



「윤성근의 다큐세상」

# 그것이 알고싶다

### 〈아가동산〉 그후 5년

〈아가동산 살인암매의 분노〉

지난 1996년 세상을 떠들썩하게 했던 아가동산 사건은 사자라는 일단 교주 김기순의 살인과 시가방살에 대해서는 무죄가 선고되어 조용히 매듭지어지는 듯 했으며 5년이 지난 지금 아가동산에는 또다른 시작되고 있다...

### 〈살난과 암매는?/강아지와 목숨의 진상〉

96년 당시 검찰에서 김기순에게 강력했던 살해 혐의로 기소한다. 하지만 재판 결과는 증거 불충분으로 한번 무죄...

### 〈아가동산의 실제모습?〉

아가동산은 단순한 작은마을에 불과하다는...











**Exhibit 1**    Page 60



# 에로배우의 애로(?)를 너희가 아느냐?

## 에로배우 이규영양 매춘강요에 못이겨 제작자 고발





## 이규영, 그녀는 누구인가?

뮤가 되고 싶어 온몸 발시와 육 설을 장아낸다」 며 「전속계약을 맺는 못을 찾는 역들로 사기 성행

다고 이제까지 해 놓고 걸 까지지 지원바 반 논란을 통해다.

서울 강남경찰서는 지난 2월 K 엽프제작사 김모(32· 여)씨, 이 모(35· 남)씨등 3명을 특수절도 및 특수영위 등의 혐의로 긴급 체포했다.

울 초에 에로비무들이 촬영토로 발 지못되어 심지어 윤락영위까지 강요 받고 있다는 정보를 접수한 경찰은 조 사를 범여 아름을 걸거냈다. 경찰에 따르면 이들이 신모(19· 여)양 등 청 소년들을 영화에프로 산업, 합의금의 바무를 시낸들로 로영외 레비크도 외제를 상승으로 강위돼 하다는 것.

일치 당한 배우들의 유형 에루우 이 씨가 커어 있었고 이씨는 3일 번째 통 3앙을 고발하게 됐다.

경찰조사에서 이씨는 「영화배

무로 알려졌던 이씨가 사실 서울 룸에준 구 전능동(속칭 텍사)에 588 부관의 유흥업소 출신이라는 사실이 경찰조 사 자장에서 드러나 이유 충격을 주기 도. 에바는 지난해 6월 숨진홍 옛것 K 엽프사 이씨발저쪽 「토프 업이 번자 북주고 유명해진다」 며 시쳐 주갔 다는 겁싸플 믿고 배우트서의 광에 부풂어 있었다.

제약금 500만원에 편당 100만원씩 받기도 하고 대타나로 복사녀나를 는 영화트 여퍼타 가지다, 불과 버퍼 3~ 4개월만에 「에로배우 프로이가」 광 항사항아띠고 패치 정조로 에로배무 최고의 지저이나가 오르논 초고속 성 장을 거듭했으 그녀가 촬영한 5개의 작품은 모두 1만매 이상 팔려나고고 PC동신에 편성향아서 생겨난을 정

도, 그러나 그것은 이씨의 최하엇 면 것을, 현실은 냉혹했다. 영광 뒷면에 숨겨진 이씨의 생활은

버침허가 차이 없었다. 최고 인기를 누리고 있었음에도 최소한의 갯비히 외에는 지원받지 못한다.

(다음 판에서 계속)

---



# 작고 귀엽지만 엄청난 파워 Mixer



KISS 키스

비염기를 만드는 특수 재질로 만들어서 강처치도로 깨지지 않는 파워믹서기-키스. 작지만 다양한 활용성을 구비한 키스. 야채녹즙, 과일쥬스, 원두커피, 그라인어, 양념갈아줌 다양한 용도의 만점 믹서. 부피가 작아 보관도 용이 합니다. 작지만 강한 믹서 -키스

**"Ultra Power Mixer"**



현대백화점
714-530-3222
9835 Garden Grove St. Garden Grove, CA 92844

Mother's day Special
50% 세일





Exhibit 1     Page 61

56-9

주간연예 창립12주년을 진심으로 축하드립니다.

# 아침엔 키스하세요! 하루가 행복해 집니다

다둘 갖고싶어서 난-리예 작은게 경력해 우리 그이가 매일 해달래! 우리 아들이 더그래!

● 아빠를 위한 건강쥬스
● 아이를 위한 쥬스 한잔
● 풀내게 한번 해볼까?
● 이제 손쉽게 준비하세요!
● 눈 깜짝할 사이에 별미를!

$120 + tax




**FDA Approved Material**
(무공해 제질·퍼지지않음)

키스믹서기는
주시틍 어디서나
구입하실수 있으나.

"키스믹서기는 RPM 58,000의
강력한 독일제 모터입니다."

# 통증격정끝-Pnm



선력하는 순간
사라지는 통증
어느 부위든지
발라주시면 기분에지는
통증없는 세상으로
만들어 드립니다.

## Pnm 약품의 특징

## Pnm 주요 성분 설명

**MSM (Methysulfoneylmethane)**

**Glucisamine Sulfate**

## YOPORT
416-568-6377
376 Centennial Rd
West Hill, ON, M1C 2A4

Features   Instructions   Recipes   Warranty   Q & A   Contact Us   Business Opportun

The compact, efficient and lightweight mixer
that blends, chops and purées with ease.



the **Kiss Mixer**. Its compact, efficient and lightweigl
it an indispensable kitchen tool! The Kiss Mixer is eq
high powered motor and has all the power of much
enabling you to easily grind, blend, mix or puree mc
Lightweight, easy to handle and clean, it doesn't eat
other bulky blenders and it's powerful enough to ha
required.

order nov

visitor count: **1**   **5**

Order <u>Online</u> or Toll Free: 1-866-833-8383

| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

56-11

STORE TYPE: S - Retail Shop,     W - Wholesale & Retail   OR  Please Contact at 1-866-883-8200

| TYPE | | NAME | TELEP |
|------|--|------|-------|
| S | | LOTTE GIFT CENTER<br>240 E. 4TH AVE.<br>ANCHORAGE, AK 99501 | |
| S | | ORIENTAL SHOPPING CENTER<br>408 E. FIREWEED LN.<br>ANCHORAGE, AK 99503 | |
| S | | KOREA PLAZA<br>4222 W. DUNLAP AVE.<br>PHOENIX, AZ 85051 | |
| S | | PRINCE GIFT<br>18015 NORWALK BLVD. #A<br>ARTESIA, CA 90701 | |
| S | | HANNAM SUPER MARKET<br>5301 BEACH BLVD.<br>BUENA PARK, CA 90621 | |
| S | | HANNAM SUPER MARKET<br>5301 BEACH BLVD.<br>BUENA PARK, CA 90621 | |
| S | | HANNAM SUPER MARKET<br>9772 GARDEN GROVE BLVD.<br>GARDEN GROVE, CA 92844 | |
| S | | SEOUL DEP' STORE<br>9562 GARDEN GROVE BLVD. #B<br>GARDEN GROVE, CA 92844 | |
| S | | KITCHEN NARA<br>9580 GARDEN GROVE BLVD. 110<br>GARDEN GROVE, CA 92844 | |
| S | | HYUNDAI DEPARTEMENT STORE<br>9838 GARDEN GROVE BLVD.<br>GARDEN GROVE, CA 92844 | |
| S | | NEW STAR HEALTH FOOD<br>9721 GARDEN GROVE BLVD. #A<br>GARDEN GROVE, CA 92844 | |
| S | | HAYWARD AMORE GIFT<br>22368 MISSION BLVD.<br>HAYWARD, CA 94541 | |
| S | | COSMOS ELECTRONIC<br>3020 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | |
| S | | CHUNG'S PRICE CENTER<br>2946 W. 7TH ST.<br>LOS ANGELES, CA 90005 | |

56·12

| | | | | |
|---|---|---|---|---|
| | S | | ABC APPLIANCE CENTER<br>928 S. WESTERN AVE. 333<br>LOS ANGELES, CA 90006 | |
| | S,W | | J B INTERNATIONAL<br>137 S 8TH AVE #K<br>CITY OF INDUSTRY, CA 91746 | |
| | S,W | | JIN TRADING<br>13000 S FIGUEROA ST<br>LOS ANGELES, CA 90061 | |
| | S | | CALIFORNIA MARKET<br>15933 PIONEER BLVD.<br>NORWALK, CA 90650 | |
| | S | | TREASURE ISLAND GIFT/GIFT WORLD<br>312 14TH STREET<br>OAKLAND, CA 94612 | |
| | S | | OCK SUL SUN SIK<br>18349 E. COLIMA RD.<br>ROWLAND HEIGHTS, CA 91748 | |
| | S | | SUPERCO ELECTRONIC<br>221 N ATLANTIC BLVD.<br>MONTEREY PARK, CA 91754 | |
| | S | | SILVER WORLD<br>4237 CONVOY ST.<br>SAN DIEGO, CA 92111 | |
| | S | | KIM'S GIFT<br>1600 GEARY BLVD. (JAPAN TOWN)<br>SAN FRANCISCO, CA 94115 | |
| | S | | COSMOS DEPARTMENT STORE<br>2840 EL CAMINO REAL<br>SANTA CLARA, CA 95051 | |
| | S | | GALLERIA MARKET<br>3531 EL CAMINO REAL #107<br>SANTA CLARA, CA 95051 | |
| | S | | ROYAL GIFT CENTER<br>3450 EL CAMINO REAL #103<br>SANTA CLARA, CA 95051 | |
| | S | | JAE IL GIFT<br>22840 S. WESTERN AVE.<br>TORRANCE, CA 90501 | |
| | S | | HANNAM SUPER MARKET<br>3030 W. SEPULVEDA BLVD.<br>TORRANCE, CA 90505 | |
| | S | | HANNAM SUPER MARKET<br>21080 GOLDEN SPRING RD.<br>WALNUT, CA 91789 | |

| | | | | |
|---|---|---|---|---|
| | S | | **HANAHRUM SUPERMARKET**<br>**2751 SOUTH PARKER RD**<br>**AURORA, CO 80014** | |
| | S | | **ORIENTAL MARKET**<br>**10260 E. COLFAX AVE.**<br>**AURORA, CO 80010** | |
| | S | | **LOTTE SUPER MARKET**<br>**1960 DAY RD**<br>**DULUTH,GA 30093** | |
| | S | | **H.D ORIENTAL GIFT**<br>**5725 BUFORD HWY #101**<br>**DORAVILLE,GA 30340** | |
| | S | | **KOREANA PHARMACY**<br>**3230 STEVE REYNOLDS BLVD #114**<br>**DULUTH, GA 30096** | |
| | S | | **HEALTH FOOD**<br>**5878 BUFORD HWY**<br>**DORAVILLE, GA 30340** | |
| | S.W | | **ATLANTA MARKETING**<br>**5455 BUFORD HWY #A-224.**<br>**ATLANTA, GA 30340** | |
| | S | | **ORIENTAL FOOD WHOLESALES CO.**<br>**5600 BUFORD HWY.**<br>**DORAVILLE, GA 30340** | |
| | S | | **PALAMA ORIENTAL MARKET**<br>**1210 DILLINGHAM BLVD.**<br>**HONOLULU, HI 96817** | |
| | S.W | | **SP COPORATION**<br>**2421 COBBLE WOOD.**<br>**NORTH BROOK, IL 60062** | |
| | S,W | | **MODERN GIFT STORE**<br>**3432 W. LAWRENCE AVE.**<br>**CHICAGO, IL 60625** | |
| | S | | **GALLERIA PLAZA**<br>**848 GOLF RD**<br>**NILES,IL 60714** | |
| | S | | **HANKOOK FOOD**<br>**45 UNION SQ.**<br>**SOMERVILLE, MA 02143** | |
| | S | | **LOTTE FOOD**<br>**297 MASS AVE.**<br>**CAMBRIDGE, MA 02139** | |
| | S | | **KOREAN CORNER MARKET**<br>**12207 VIERS MILL RD.**<br>**WHEATON, MD 20906** | |

56-14

| | S | | MANMI ORIENTAL MART<br>5060 ROCHESTER RD.<br>TROY, MI 48098 | |
| | S | | LUCKY ORIENTAL FOOD&GIFT<br>4211 SOUTH BLVD<br>CHARLOTTE, NC 28205 | |
| | S | | PARK, YOUNG IL<br>8 ORIOLE CITY #2A<br>MERRIMACK, NH 03054 | |
| | S | | MIGUN HEALTH (LAS VEGAS)<br>953 E. SAHARA #E-24<br>LAS VEGAS, NV 89104 | |
| | S | | HANAHREUM SUPER MARKET<br>29-02 UNION ST<br>FLUSHING, NY 11354 | |
| | S,W | | HOME PLUS<br>31-85 WHITESTONE EXP WAY.<br>FLUSHING, NY 11354 | |
| | S | | HANYANG MARKET<br>150-1 NORTHERN BLVD.<br>FLUSHING, NY 11354 | |
| | S,W | | ROLAND<br>248-25 NORTHERN BLVD #1-D<br>LITTLE NECK, NY 11362 | |
| | S | | HANAHREUM SUPER MARKET<br>321 BROAD AVE<br>RIDGEFIELD, NJ 07657 | |
| | S | | HANAHREUM SUPER MARKET<br>29-02 UNION ST<br>FLUSHING, NY 11354 | |
| | S | | ROYAL GIFT CENTER<br>9952 S.W. BEAVERTON-HILLSDALE HWY<br>BEAVERTON, OR 97005 | |
| | S | | SAMJIN GIFT<br>9955 S.W. BEAVERTON-HILLSDALE HWY. #110<br>BEAVERTON, OR 97005 | |
| | S | | SUPER HEALTH NATURAL<br>5915 N 5TH ST<br>PHILA, PA 19120 | |
| | S,W | | WELLBEING HEALTH<br>2257 ROYAL LN<br>DALLAS, TX 75229 | |
| | S | | AMORE GIFT CENTER<br>2552 JOE FIELD RD.<br>DALLAS, TX 75229 | |

56.15

| | | |
|---|---|---|
| S | | **HANAHREUM SUPER MARKET**<br>10780 LEE HIGHWAY<br>FAIRFAX, VA22030 |
| S | | **HANAHREUM SUPER MARKET**<br>8103 LEE HIGHWAY<br>FALLS CHURCH, VA20222 |
| S | | **BEST RAW MILL**<br>17425 HIGHWAY 99<br>LYNNWOOD, WA 98037 |
| S | | **BEST GEN FOOD**<br>551 D 156TH AVE S E<br>BELLEVUE, WA 98007 |
| S | | **KANG'S GIFT**<br>1414 S. 324 ST. B-201<br>FEDERALWAY, WA 98003 |
| S, W | | **SHINSHIN ENTERPRISE, INC.**<br>9205 S. TACOMA WAY #101<br>TACOMA, WA 98499 |
| S | | **LOTTE DEPARTMENT STORE**<br>15001 AURORA AVE.<br>N. SEATTLE, WA 98133 |
| S, W | | **HANAHREUM SUPER MARKET**<br>100-328 NORTH ROAD<br>COQUITLAM, BC, V3B7J4, CANADA |
| S, W | | **GLORIA FASHION & GIFT**<br>654 BLOOR ST. W.<br>TORONTO, M6G 1K9, CANADA |
| S | | **JUNO & JUNI**<br>3601 KINGSWAY<br>VANCOUVER, BC, V5R 5M1, CANADA |
| S, W | | **LUCKY ELECTRONICS**<br>206-403 NORTH ROAD<br>COQUITLAM, BC, V3K 3V9, CANADA |

ii

STP America, Inc.

520 S. La Fayette Park Place. Suite 520
Los Angeles, CA 90057
Tel. (213)388-8200 / Fax. (213)388-8220
Toll Free 1-866-883-8200

E-mail: comyang01@yahoo.com

ii

(c)copyright . 2000-2003. STP America, Inc.

Developed by Sam's Network

56-16

7/9/2004

# INVOICE

**STP AMERICA, INC.**
**Div. of ILJIN AMERICA**
3625 W 6ᵗʰ ST. STE 221
Los Angeles, CA. 90020
Tel: (213) 380-0944  Fax: (213) 380-1747
E-Mail: ILJIN@PacBell.Net

NO:78368$

DATE: APR,30.00

**BILL TO:** JUNG'S CENTER

2946 W 7ᵀᴴ ST
LA,CA
TEL 213-389-1111
FAX213-386-1010

**SHIP TO:**

| Date | P.O. Number | Terms | REP | Ship | P.O.B. | | Project |
|------|-------------|-------|-----|------|--------|---|---------|

| Date | Quantity | Item Code | Description | Price Each | Amount |
|------|----------|-----------|-------------|------------|--------|
| MAR/02 | 60 | | KISS-ULTER POWER | 79.00 | 4,740.00 |
| MAR/31 | 300 | | 숯불이 | 1.20 | 360.00 |
| APR/03 | 200 | | KISS-MIXER | 42.75 | 8,550.00 |
| APR/05 | 100 | | FUNNEL-CUP | 8.00 | 0.00 |
| APR/03 | | | PAID | | -4,550.00 |
| APR/05 | 50 | | FUNNEL-CUP | 8.00 | 0.00 |
| APR/06 | 100 | | KISS-MIXER | 42.75 | 4,275.00 |
| APR/06 | | | PAID | | -4,000.00 |
| APR/06 | | | PAID | | -4,275.00(MAY/06) |
| APR/24 | 100 | | KISS-MIXER | 42.75 | 4,275.00 |
| APR/27 | | | PAID FOR CHARCOAL | | -360.00 |
| | | | PAID FOR U/POWER | | -750.00 |

| Received By: | | Total: $8,265.00 |
|--------------|---|------------------|

**EXHIBIT D**

56-17

Exhibit 1          Page 69

# ( 19) 대한민국특허청( KR)
# ( 12) 등록특허공보( B1)

(51) 。Int. Cl. 6
A47J 43/04

(45) 공고일자    2002년02월19일
(11) 등록번호    10- 0323245
(24) 등록일자    2002년01월22일

(21) 출원번호    10- 1999- 0025474
(22) 출원일자    1999년06월29일

(65) 공개번호    특1999- 0073275
(43) 공개일자    1999년10월05일

(73) 특허권자    김명자
경기 안양시 동안구 평촌동 932- 6 꿈마을아파트 106- 902

(72) 발명자    김명자
경기 안양시 동안구 평촌동 932- 6 꿈마을아파트 106- 902

(74) 대리인    최평열

심사관 : 권혁성

(54) 믹서구조

요약

본 발명은 과일,야채등을 분쇄하여 쥬스나 과즙으로 만드는 소형의 믹서 구조에 관한것으로, 본체(1) 상부에 별도의 링형으로 된 보강테(15)를 부착 결합시키되, 본체(1)와 다른 색상을 갖도록 성형하므로서 미관을 향상시킴과 동시에 이 보강테(15)에 용기(3)의 끼움편(21)이 결합되도록 끼움부(16)를 형성하여 착탈이 편리하고 확실하게 되도록 하고, 본체(1)하부의 받침체(12)의 중앙에 공구끼움용 구멍(17)을 뚫어 모우터측(11)에 설치된 클러치(9b)의 해체 교환이 용이하도록 하며, 용기(3)의 외측둘레부에 날개형 받침테(20)를 복수개 설치하여 용기(3)가 안정되게 세워질 수 있도록 하였다.

또한 별도로 칼날(24)을 갖는 덮개(22)를 구성하여 믹서를 사용하지 않을 때 본체(1) 상부를 덮어씌워 먼지와 같은 이물질로 부터 보호하고 상기 덮개(22)에 설치된 칼날(24)에 의해 분쇄하고자 하는 야채를 잘게 절단할 수 있도록 하였다.

대표도
도 2

명세서

도면의 간단한 설명

- 1 -

Exhibit 1          Page 70

HH0000046

도 1 은 본 발명의 분해 사시도.

도 2 는 본 발명의 결합 단면도.

도 3 은 본 발명의 스위치 봉의 설치상태를 나타낸 발췌 사시도.

도 4 는 본 발명의 용기를 세우는 상태를 나타낸 단면도.

도 5 는 본 발명에 사용되는 덮개를 나타낸 사시도.

도 6 은 본 발명의 덮개가 본체 상부에 씌워진 상태의 단면도.

도 7 은 종래 믹서의 분해 사시도.

도 8 은 종래 믹서의 결합 단면도.

∘ 도면의 주요부분에 대한 부호의 설명∘

1 : 본체 2 : 절단도 설치부재

3: 용기 6 : 칸막이

7 : 스위치봉 8 : 스위치

9a,9b : 클러치 10 : 절단도

11 : 모우터축 12 : 받침체

15 : 보강테 16 : 끼움부

17 : 공구끼움용 구멍 18 : 공구

19 : 슬라이드 홈 20 : 날개형 받침테

21 : 끼움편 22 : 덮개

24 : 칼날

발명의 상세한 설명

발명의 목적

발명이 속하는 기술 및 그 분야의 종래기술

본 발명은 미네랄과 비타민등 인체에 유익한 성분이 많이 함유되어 있는 신선한 야채 과일을 분쇄하여 쥬스나 과즙으로 만드는 소형의 믹서 구조에 관한 것으로, 더욱 상세히는 본체측에 결합되는 용기가 보다 편리하고 확실하게 결합되도록 함과 동시에 외부연에 날개형의 받침테를 형성하여 용기가 안정되게 세워질 수 있도록 하고, 또한 용기가 결합되는 본체의 상부에 별도의 링형상의 보강테를 소정의 형상으로 성형시켜 본체측에 일체화로 부착되도록 구성하므로서 제작성의 간편화와 믹서자체의 미감적 가치를 향상시키며, 본체 상부에 씌워지는 덮개를 형성하여 믹서를 사용하지 않을 때

HH0000047

**Exhibit 1**     Page 71

덮개를 덮어 보관할 수 있도록 함과 동시에 모우터의 구동력을 절단도에 공급 및 차단하는 역할을 하는 클러치가 고장시 클러치의 교환이 보다 용이하도록 함에 목적을 두고 제안한 것이다.

종래, 소형 믹서는 도 7 내지 도 8 과 같이 구성되어 있다.

즉, 믹서 본체(1), 절단도 설치부재(2) 및 용기(3) 로 구성되는데 사용시에는 용기(3) 내에 야채및 과일등 ( 이하 편의상 '분쇄물질'이라 함) 이 넣어 지고, 이어서 용기(3) 와 절단도 설치부재(2) 를 본체(1) 상부에 눌러 끼워 넣음과 동시에 일측방향으로 소정의 각도로 회전시키면 본체(1) 의 벽면에 돌출형성 된 'ㄱ'자 형상으로 된 걸림턱(4) 이 절단도 설치부재(2) 물레부의 돌출테(5) 사이에 형성된 끼움부(5a) 사이에 끼워져 위치가 고정되므로서 결합이 완료되었던 것이다.

한편, 이와같이 결합될 때 본체(1) 의 칸막이(6) 상부로 돌출 형성된 스위치

봉(7) 이 상기 절단도 설치부재(2) 의 저면과 맞닿으므로서 하향하게 되며 이때 스위치봉(7) 의 하단이 근접설치된 리미트스위치(8) 를 누르므로서 통전되어 모우터(도시생략) 가 회전하게 되고 이 회전력이 서로 대응하고 있는 한 쌍의 클러치(9a)

(9b)에 의해 전달되어 마치 바람개비 형상으로 된 절단도(10) 를 회전시키므로서 용기(3) 내에 내장된 분쇄물질을 분쇄시키도록 되어 있다.

그런데 상기 종래의 믹서는 다음과 같은 불합리한 점을 내포하고 있다.

본체(1) 상부에 끼워져 결합되는 절단도 설치부재(2) 의 물레면에 형성된 돌출테(5) 가 외부로 돌출된 상태에서 본체(1) 내면에 결합되므로 본체(1) 와 절단도설치부재(2) 간에는 돌출테(5) 높이 이상의 공간이 생기므로 외관상 좋지 못할 뿐만 아니라, 그 사이로 이물질이 유입될 우려가 있으며, 또한 용기(3) 의 바닥면 ( 도면에 있어서는 상부면이 됨)의 물레 가장자리부가 미관적인 면을 고려하여 둥글게 라운딩부로 형성되어 있음에 따라 용기(3) 를 바닥에 거꾸로 세울경우 불안정하여 용기(3) 내의 내용물 즉 분쇄물질이 쏟아지는 문제가 있었고, 믹서를 보관할 때 본체와 용기를 별도 분리하여 보관하는데 이때 본체위에 먼지등이 쌓이는 문제가 있었다.

또한, 믹서를 사용시 본체(1) 상부에 결합된 모우터측(11) 측의 클러치(9b)가 노후화 혹은 훼손되어 교환하여야 할 경우, 모우터측(11) 을 고정시킨 상태에서 클러치(9b)를 교환하여야 하는데, 이때는 본체(11) 하부의 받침체(12)를 해체한 후 별도의 드라이버 등을 이용하여 모우터측(11) 을 고정하고 클러치측(9b)를 교환하였던 것으로, 이는 별도의 숙련된 A/S기술자가 교환수리를 하여야만 했던 것으로 인력의 손실을 가져왔던 것이다.

또한, 성형함에 있어서 용기(3) 가 결합되는 본체(1) 상부의 테두리부를 본체(1) 의 강성향상과 미감을 향상시키기 위하여 다소 두껍게 형성하고, 본체(1) 내벽에 'ㄱ'자형상의 걸림턱(4) 을 형성하고 있는데 이는 사출성형 작업이 어려워 생산성 저하의 요인과 원가 상승요인을 가져온 것이다.

　　　발명이 이루고자 하는 기술적 과제

본원 발명은 용기와 본체간의 공간을 최소화하고, 또한 본체 상부에 링형상의 보강태를 별도로 구성하여 끼워 고정할 수 있도록 하므로서 성형 작업이 용이하도록 함과 동시에 상기 보강태를 본체의 색상과 다른 색상으로 배색이 되도록 구성하므로서, 미감을 향상시켜 고품질화를 꾀하고, 용기에 날개형의 받침태를 형성하여 용기가 안정되게 세워지도록 하고 믹서를 보관시 덮개를 씌워 보관하므로서 청결한 믹서를 제공하고자 한 것으로 이에 따른 구성및 작용. 효과를 설명하면 다음과 같다.

HH0000048

Exhibit 1　　　　Page 72

발명의 구성 및 작용

이하, 종래 구조와 동일한 부분에 대하여는 편의상 동일한 부호를 붙여 설명한다.

각 전기장치가 내장된 본체(1) 상부에 절단도(10) 를 갖는 절단도 설치부재(2) 및 용기(1) 가 차례로 결합되며, 상기 절단도 설치부재(2) 가 본체(1) 측에 결합시 스위치봉(7) 이 하향 통전되어 모우터가 구동되고, 모우터의 구동력이 클러치(9a)(9b) 에 의해 전달되어 절단도(10) 가 회전하면서 용기(3) 와 절단도설치부재(2) 사이에 내장된 분쇄물질을 분쇄시킬 수 있도록 된 믹서에 있어서, 상기 본체(1) 상부에는 별도의 링형상의 보강태(15) 를 형성하여 부착결합시키되 보강태(15) 자체에 소정의 간격을 두고 복수개(도면에서는 3개를 도시하고 있음)의 요홈형상의 끼움부(16) 를 형성하며, 본체(1)하부에 결합되는 받침체(12)의 중앙 쪽 모우터축(11)과 일치하는 중심선상에 모우터축 고정을 위하여 드라이버와 같은 공구(18)가 끼워질수 있도록 공구끼움용 구멍(17)을 뚫는다.

또한, 본체(1) 내에 설치되는 스위치봉(7) 은 도 2 및 도 4 에서 도시한 바와같이 내벽에 형성된 슬라이드홈(19) 내에 끼워져져 스프링의 탄발력에 의해 상하 승강하도록 되어 있으며, 상기의 홈(19) 은 '          , 형상으로 파여지고 스위치봉(7) 의 단면 역시 상기의 홈(19) 과 동일한 형상으로 구성되어 상하로만 슬라이드 이동이 가능하고 측방향으로는 빠지지 못하도록 구성되어 있다.

용기(3) 는 바닥에 세웠을 때 수직으로 안정되게 세워질수 있도록 외부면에 복수개의 날개형 받침태(20) 를 형성하고, 본체(1)와 결합되는 용기(3)의 하단 둘레부에는 보강태(15) 에 형성된 끼움부(16) 와 대응한 위치에 복수개의 끼움편(21) 이 돌출형성되며 이 끼움편(21) 이 상기 보강태(15) 의 끼움부(16) 에 끼워지므로서 스위치봉(7) 은 하향하여 리미트 스위치(8) 를 작동시켜 통전이 된다.

또한, 믹서를 보관할 때 용기(3)와 본체(1)를 서로 분리 보관하게 되는데, 이와같이 분리 보관시 본체(1)의 상부를 덮을 수 있도록 별도의 덮개(22)를 형성한다. 상기 덮개(22)는 도 5 및 도 6 에서 도시한 바와같이 대략 반원형으로 되며, 상부에 손잡이(23)가 설치되고 하부에는 칼날(24)이 가로질러 설치되어 믹서를 이용하여 야채, 과일등을 분쇄할 때 간단히 덮개에 설치된 칼날(24)에 의해 야채,과일등을 미리 소정의 크기로 절단할 수 있도록 된다.

이와같이 구성된 본원 발명의 작용을 실제 사용상태를 들어 설명하면 다음과 같다.

먼저 용기(3) 를 절단도 설치부재(2) 로부터 해체된 상태에서 세워놓고 용기(3) 내에 분쇄물질을 적당량 넣은 후 절단도 설치부재(2) 를 용기(3) 와 나사결합시킨다.

이때 분쇄물질이 경질이거나 클 경우, 덮개(22)에 설치된 칼날(24)을 이용하여 마치 채를 썰듯이 절단하여 용기(3) 내에 넣는다.

이와같이 용기(3)와 절단도 설치부재(2)가 일체화로 된 상태에서 절단도 설치부재(2)를 본체(1) 상부에 끼워 소정의 압력을 가하여 손으로 누른후 소정의 각도로 회전시키면(우회시킴) 용기(3)의 하측 끝부에 형성된 끼움편(21)이 본체(1)상부에 고정 결합되어 있는 보강태(15)의 끼움부(16)내에 끼워져 위치가 고정되는데 이때는 용기(3)의 끼움편(21)이 보강태(15)의 끼움부(16)와 일치되게 결합시킨 후 소정의 각도로 회전시키면 용기(3)가 본체(1)측에 결합되며, 이때 끼움편(21)이 스위치봉(7)의 상부를 하방으로 누르므로서 스위치봉(7)은 하향하게 됨과 동시에 스위치봉(7)에 형성된 돌기(7a)가 스위치(8)을 눌러 통전이 이루어져 모우터가 회전하게 되고 모우터의 회전력은 서로 맞물려 있는 한쌍의 클러치(9a)(9b)에 전달되어 절단도(10)가 회전하면서 용기(3)내의 분쇄물질을 소정의 입자로 분쇄하게 되는 것이다.

HH0000049

이와같이, 분쇄가 완료되면, 용기(3)를 결합시킬때와 반대방향으로 돌려 빼내면 스위치봉(7)은 하단에 설치된 탄성스프링의 탄발력에 의해 상향하면서 돌기(7a)가 스위치(8)로부터 이탈하여 누름을 해제하므로 모우터의 회전은 멈춰지는 것이다. 이때 용기(3)를 지면에 세우고 나사결합된 절단도 설치부재(2)를 해체한 후 용기(3)내의 분쇄물질을 빼내어 식음하면 되는 것이다.

이와같이 사용하다보면 동력 전달용 클러치(9a)(9b)의 마모가 발생하게 되는데 절단도 설치부재(2) 측에 설치된 클러치(9a)는 외부로 나타나기 때문에 사용자가 쉽게 교환할 수 있고, 모우터측(11)에 설치된 클러치(9b)는 도 2에서 도시한 바와같이 공구(18) 예로서 드라이버를 본체(1)하부의 받침체(12) 중앙에 뚫린 공구 끼움구멍(17) 내로 끼워 모우터축(11)의 회전을 억제함과 동시에 상부에 설치된 클러치(9b)를 해체시키면 되는 것으로 A/S맨이 아니더라도 사용자가 직접 교환할 수 있는 것이다.

또한, 본체(1) 상부에 결합되는 보강테(15)는 고주파 처리에 의해 본체(1)와 일체화로 결합되는데 상기 보강테(15)는 본체(1)의 색상과 배색이 되도록 별도의 색상을 부여하여 성형할 수 있는 것으로 미관을 향상시킬 수 있는 것이다.

한편, 믹서를 사후 보관시에는 본체(1)와 용기(3)를 분리하여 건조보관하게 되는데, 이때 본체(1) 상부에 덮개(22)를 씌워 보관하면 먼지등으로부터 보호할 수 있다.

　　발명의 효과

이상 살펴본 바와같이, 본원 발명의 믹서는 용기의 외부면에 날개형 받침테를 형성하므로서 용기가 안정되게 세워질 수 있도록 하고 동시에 용기 자체에 끼움편을 형성하여 본체에 고정된 보강테의 끼움부에 결합되도록 하되, 상기 보강테를 별도로 성형하여 부착시키므로 보강테를 별도의 색상으로 성형할 수 있어서나 미감향상에 따른 고품질화를 꾀할 수 있으며, 본체 저면에 결합되는 받침체의 중앙부에 형성된 공구 끼움용 구멍을 통해 모우터축을 고정하여 클러치를 교환 할 수 있으므로 종래와 같이 받침체를 완전 해체할 필요가 없어 누구나 손쉽게 교환수리 할 수 있는 것이다.

또한, 보관시에는 별도의 덮개에 의해 본체 상부를 덮어 보관할 수 있으므로 위생적이며, 덮개에 설치된 칼날에 의해 필요시 분쇄물질을 절단할 수 있어 편리하게 사용될 수 있는 것이다.

(57) 청구의 범위

청구항 1.

본체(1) 상부에 절단도(10)를 갖는 절단도 설치부재(2) 및 용기(3)가 차례로 결합되며, 상기 절단도 설치부재(2)가 본체(1)와 결합시 스위치 봉(7)이 하향 충전되어 모우터가 구동되고, 모우터의 구동력이 클러치(9a)(9b)에 전달되어 절단도(10)가 회전하면서 용기(3)내에 내장된 분쇄물질을 분쇄시킬 수 있도록 된 믹서에 있어서,

상기 본체(1) 상부에는 요흠형상의 끼움부(16)를 갖는 보강테(15)를 별도 성형하여 부착결합하고, 본체(1) 하부에 결합되는 받침체(12)의 중앙에 공구 끼움용 구멍(17)이 뚫어지며, 본체(1)내벽에 슬라이드(19)홈을 형성하여 스위치봉(7)이 상기 홈(19)내어 끼워져 상하 승강하도록 되며, 용기(3)의 외부면에 날개형 받침테(20)를 형성하여 용기(3)가 안정되게 세워질 수 있도록 하고, 별도의 칼날(24)을 갖는 덮개(22)를 형성하여 보관시 본체(1)상부를 덮을 수 있도록 한 것을 특징으로 하는 믹서 구조.

청구항 2.

HH0000050

제 1 항에 있어서, 상기 용기(3)의 열림부측 둘레부에는 상기 보강테(15)에 형성된 요홈형상의 끼움부(16) 내에 끼워져 결합되도록 끼움편(21)이 형성된 것을 특징으로 하는 믹서 구조.

청구항 3.

제 1 항에 있어서, 보강테(15)는 고주파 처리에 의해 본체(1) 상부에 부착결합되며, 본체(1)와는 다른 색상으로 배색되도록 성형된 것을 특징으로 하는 믹서 구조.

도면



도면 1

HH0000051

도면 2



도면 3



HH0000052

**Exhibit 1**          Page 76

도면 4



도면 5



도면 6



HH0000053

**Exhibit 1**          Page 77

도면 7



도면 8



HH0000054

**Exhibit 1**     Page 78