Patent Publication 10-03234502

(19) Korean Intellectual Property Office (KR)
(12) Granted Patent Publication (B1)

(51) Int. Cl.                    (45) Publication Date: Feb. 19th, 2002
A47J43/04                        (11) Registration No: 10-0323245
                                 (24) Registration Date: Jan. 22nd, 2002

(21) Application No: 10-1999-0025474
(22) Filing Date: June 29th, 1999

(65) Laid-Open No.: Paten 1999-0073275
(43) Laid-Open Date: Oct. 5th, 1999

(73) Assignees:
Kim Myeongja
Kyeonggi Annyang-si Dongan-gu Pyeongchon-dong 932-6 Kummaeul APT 106-902

(72) Inventors:
Kim Myeongja
Kyeonggi Annyang-si Dongan-gu Pyeongchon-dong 932-6 Kummaeul APT 106-902

(74) Representative:
Choi Pyeong-yeol

Examiner: Gwonhyeokseong

(54) Structure of the Blender

(57) Abstract

The present invention is related to a small conventional blender that grinds fruit and/or vegetables to become liquid. The blender includes a blender body (1) with an additional reinforcing type of ring that is attached and combined (15) on the top of the body. The body (1) is shaped differently with a different color to improve the appearance as well as for an easier insertion (21) to the ring of the container (3). This creates an insertion board that makes it easier for a reliable connection. The blender body (1) contains a support panel (12) on the bottom with an insert hole in the middle, so that the clutch (9b) installed on the axis of the motor is easily dissembled (11). The outer rim of the container (3) contains multiple gull-wing type of support panel for a stabilized stand.

In addition, the structure of the lid (22) with the additional blade (24) is designed to cover the body (1) when it is not in use to protect it from dust and foreign substances. The blade base installed in the lid of said (22) is designed to grind and finely shred vegetables.

1

HH0000055

*(to pso)*

Δ π EXHIBIT 58
Deponent Yang
Date 6.2.10    Rptr CC

Exhibit 1                Page 79

Representative Drawing
Fig. 2

Description

Brief description of the drawing

FIG. 1 is a perspective sectional view to show the present invention;

FIG. 2 is a cross sectional view to show embodiment of the present invention;

FIG. 3 is an extracted perspective sectional view to show switch bar installation casing,

FIG. 4 is a cross sectional view seen from the upright positioned container of the present invention;

FIG. 5 is a perspective view to show the covering lid of the present invention;

FIG. 6 is a cross sectional view seen with the lid covering the blender body of the present invention;

FIG. 7 is a perspective sectional view of the conventional blender to show the present invention;

FIG. 8 is a cross sectional view of the conventional blender to show embodiment of the present invention;

¤ Symbols of the main part of the drawing description ¤

1: Blender body 2: Absence of install drawing in section
3: Container 6: Partitioning

7 Switch bar 8: Switch

9a, 9b: Clutch 10: Cross sectional view

11: Axis of motor 12: Support panel

15: Reinforcing rim

16: Insertion board

17: Tool insertion use hole

18: Tool

2

**Exhibit 1**        Page 80

19: Slide furrow 20: Wing type support rim

21: Insertion bar 22: Lid

24 Blade base

Detailed description of invention

Goal of invention

Technology of invention and existing technology of the field

The present invention is related to a small blender that grinds fresh fruit and/or vegetables to become liquid, containing beneficial minerals and vitamins to our body. In more detail, the container attached to the blender body is easily connected and well stabilized due to the external gull-wing type of support panel on the container. In addition, the extra ring type support panel on the top of the body is designed in unison with the body for a simple and convenient use, as well as enhancing an esthetic sense. The lid on the top of the body covers and protects the blender and is intended to supply and control the driving power of the motor to make it easy to exchange the clutch when damaged.

Traditionally, the small blender is comprised of Fig. 7 or Fig. 8.

Thus, the blender body (1) is comprised of absence of install in drawing in section (2) and container (3). For usage, put vegetables and/or fruits (hereinafter 'grinding material') into the container (3) and turn and place the container (3) with absence of install in drawing in section (2) with the top of the blender body (1), then at the same time, rotate to a certain angle or greater in one direction so that the 'ㄱ' shape latch (4) at the side of the body (1) is inserted between the insertion board (5a) of absence of install in drawing in section (2) and the edge of the projecting rim (5) for a firm lock.

Meanwhile, the switch (7) projecting from the top part of the partition of the blender body (1) comes in contact with the bottom part in absence of install in drawing in section (2) into a downward position. The bottom of the switch bar pushes down the limit switch (8) applying electric current, enabling the motor (omit fig.) to rotate and transmit the pair of clutch (9a) to in turn rotate the drawing in section (10) in a pinwheel shape, grinding the 'material' in the container (3).

The conventional blender has unreasonable points as follows:

The absence of install in drawing section (2) connecting to the upper part of the blender body (1) is projected (5) and attached to the side of the body externally (5), creating a gap between the absence of install in drawing section (2), which is not only esthetically appealing but allows foreign material to be trapped in-between. In addition, the edge of the external part on the bottom (upper part in the Fig.) of the container (3) creates a circular shape, in turn, making it unstable and causing the grinding material to pour out when turned upside down. As a result, when storing the blender, dust can accumulate on the body and container separately.

HH0000057

**Exhibit 1**        Page 81

In addition, when the clutch (9b) of the attached axis of the motor (11) on the top of the body (1) deteriorates or gets damaged and needs a replacement, the clutch (9b) needs to be interchanged while secured to the axis of the motor (11). At this time, the support panel on the bottom of the body (11) needs to be dissembled using a driver with the axis of motor (11) secured and then the clutch (9b) to be replaced. This service needs service technician assistance and in turn creates manpower costs.

In addition, the external rim on the top of the body (1) attached to the container (3) makes it difficult to improve the strong properties and takes on a thicker esthetic appearance. The internal side of the body (1) is shaped in a '⌐' type latch (4) which makes it difficult for injection molding and is the main cause of low productivity and rise in material prices.

Technical issues of the invention

The present invention minimizes space between the container and the blender body, and includes an extra supporting panel on the upper part of the body, making it easy for a secure molding procedure. The invention utilizes different colors of the support panel of the body and other parts to improve esthetics and appearance for high quality. The wing type support panel stabilizes the container and the lid allows for a clean storage. The components and function, effect is described as follows:

Components and function of the invention

Hereinafter, the conventional structure and same components use the same symbols for convenience.

Each embedded electric apparatus in the top part of the body (1) is combined with drawing in section (10) absence install (2) and container (1) in this order. The above drawing in section absence install (2) receives downward voltaic current and drives the motor when joined with the body part (1), the power drive of the motor conveys to the clutch (9a) (9b) and rotates the drawing section (10). In turn, the container (3) and absence of install in drawing section (2) allows the grinding material to get liquidized. The body of said (1) has a reinforcing ring type of support panel (15) that is attached with the support panel (15), and has forms of multiple (in Fig. 3 are displayed) insertion holes (16) in intervals on the bottom of the reinforcing support panel (1) itself. The bottom of the body (1) secures the middle of the support board (12), and aligns the axis of motor (11) with the middle linear axis of the motor, which includes insertion holes (17) for tools (18) such as drivers to be used.

In addition, the switch bar (7) installed in the body (1) is inserted in the slide furrow (19) created on the inside as seen in Fig 2. and Fig. 4 and then elevated up and down by the elasticity of the spring. The furrow (19) of said is craved in a '⌐' shape and the cross section of the switch bar (7) is the same shape of the furrow (19) of said as well. This enables the slide to elevate up and down and become loose.

The container (3) stands in an upright position due to the multiple wing support panel (20) on the outside. The bottom rim of the container (3) jointed to the blender body (1) has multiple

HH0000058

Exhibit 1          Page 82

insertion boards (21) projected on the corresponding side of the insertion board (16) of the support panel (15). As this insertion bar (21) gets closer to the stated support rim (15) of the insertion part (16), the switch bar (7) declines and operates the limit switch (8) to activate it. In addition, the container (3) and body (1) are easily separated for storage and the extra lid (22) is intended to cover the body (1) for cleaner storage. The above mentioned lid (22) is an overall semicircle shape as shown in Fig 5 and Fig. 6. The handle (23) is installed on the upper part and the blade (24) with the bottom half installed across ways so that vegetables and/or fruit are grinded and shredded in little pieces by the rotational blade (24) with the lid attached.

Description of how the function of the invention works is described as below.

Foremost, the container (3) is disassembled from the absence of install drawing in section (2) and placed on the upright position, then grinding material is put into the container (3) and the container (3) is joined with the absence of install drawing in section (2) with a screw.

When grinding material is hard or bulky, the material needs to be chopped beforehand and put into the container (3), using the blade (24) with the lid (22) as a cutting devise.

In this manner, with the container (3) and absence of install drawing in section (2) joined as a unit, the absence of install drawing in section (2) is inserted on the upper part of the body (1) and pressured by hand in a rotating direction (clockwise). The insertion panel (21) formed at the end of the bottom part of the container (3) is secured at the upper part of the body (1). The insertion bar (16) of the support rim (15) is secured and at the same time, the container (3) and axis of body (1) is joined as a unit. When the insertion board (21) is pressed on the switch bar (7) downward, the switch bar (7) declines downward and the projected part (7a) presses the switch (8) to rotate the motor. In turn, the rotation of the motor conveys to the pair of clutch (9a) (9b) and activates the drawing in section (10) and grinds the material in the container (3) into small pieces.

Additionally, after grinding is complete, the container (3) is disassembled by turning in the opposite direction as assembled and the spring at the bottom of the switch bar (7) faces upward with the elastic force. The projected part (7a) detaches from the switch (8) causing the motor to stop. Then after the container (3) is placed upright to disassemble the absence of install drawing in section (2) which is jointly screwed, take out the grinded material from the container (3) to consume.

Henceforth, if the power transmitted clutch (9a) (9b) is worn out after prolonged use, the user can easily replace it because the installed clutch (9a) in the absence of install drawing in section (2) is visible to the eye. As shown in Fig 2 of the clutch (9a) installed in the axis of the motor (11), if the driver is inserted on the support panel at the bottom of the body (1) into the middle of tool insertion hole (17), the motor (11) does not rotate. At the same time, the user can replace the clutch (9b) on the top part and disassemble it without the help of a service technician.

In addition, the support panel attached on the upper part of the body (1) is joined as a unit by high frequency handling, and so the mentioned support panel (15) has a different color to the body (1) to improve the esthetic appearance of the unit.

HH0000059

**Exhibit 1**            Page 83

Meanwhile, the body (1) and container (3) are disassembled to dry for storage after use, and that the lid (22) covers the body (1) to prevent dust to accumulate.

The effect of the invention

As stated above, the present invention has an external gull-wing type of support panel for a stabilized stand and with the insertion bar in the container to secure the support rim to the body; the mentioned support panel can be separately designed to be attached. This enables the support panel to have a different color, improving the esthetics and appearance for high quality. Contrary to previous devices, the invention secures the axis of motor through the tool insertion hole in the middle of the support panel joined to the body, so that anyone can easily exchange and repair the clutch without totally disassembling the support panel.

In addition, the lid covers the top of the body to provide a clean and sanitary way to store the unit and if needed, the installed blade with the lid can easily grind material for use.

(57) Claims

Claim 1

The top of the body (1) joins with the drawing in section (10) in the absence of install drawing in section (2) and container (3) in this order as a unit. The absence of install drawing in section (2) of said joins with the switch bar in a downward (7) direction which activates the motor. In turn, the power of the motor transmits to the clutch (9a) (9b) and rotates the drawing in section (10) to grind the material in the container (3).

A blender further comprises: The mentioned body (1) has an insertion bar of a formed furrow (16), with an extra reinforcing panel (15) attached. The bottom of the body (1) has a tool insertion hole in the middle of the support panel (12) as well. The inside of the slide (19) of the body (1) has a furrow that enables the switch bar (7) to insert the furrow of said (19) up and down. The container (3) has an external gull-wing type of support panel (20) for a stabilized stand and includes a separate blade (24) with lid (22) to cover the body (1) for clean storage.

Claim 2

As claimed in claim 1, wherein the container of said (3) has features of an insertion board (21) joined to the insertion bar of a formed furrow (16) on the reinforcing panel (15) of said.

Claim 3

As claimed in claim 1, the reinforcing panel (15) has features to be attached to the top of the body (1) by high frequency handling, so that the panel has a different color to that of the body (1).

HH0000060

Exhibit 1          Page 84

Drawing – Fig. 1



HH0000061

**Exhibit 1**     Page 85

Fig. 2



Fig. 3



HH0000062

**Exhibit 1**     Page 86

Fig. 4



Fig. 5



HH0000063

**Exhibit 1**    Page 87

Fig. 6



Fig. 7

HH0000064

**Exhibit 1**     Page 88



Fig. 8

HH0000065

Exhibit 1          Page 89



3
10
4
5a
5
7
8
9a
2
6
9b
1
11
12

HH0000066

Exhibit 1          Page 90

Exhibit 2



# 특허등록원부(폐쇄)

| 특 허 번 호 | 제 ~~0323245~~ 호 |
|---|---|

## [ 권 리 란 ]

| 표시번호 | 등 록 사 항 | | | |
|---|---|---|---|---|
| 1번 | 출원연월일 | 1999년 06월 29일 | 출원번호 | 1999-0025474 |
| | 공고연월일 | 2002년 02월 19일 | 공고번호 | - |
| | 특허결정(심결)연월일 | 2001년 11월 26일 | 청구범위의 항수 | 3 |
| | 유별 | A47J 43/04 | | |
| | 발명의 명칭 | 믹서구조 | | |
| | 존속기간(예정)만료일 | 2019년 06월 29일 | | |
| | | | | 2002년 01월 22일 등록 |
| 2번 | (소멸등록) | | | |
| | 등록원인일자 : 2005년 01월 23일 | | 등 록 원 인 : 등록료불납 | |
| | | | | 2005년 12월 10일 등록 |

## [ 특 허 료 란 ]

| | 제 01 - 03 년분 | 금 액 | 37,800 원(개인감면) | 2002년 01월 23일 납입 |
|---|---|---|---|---|

## [ 특 허 권 자 란 ]

| (최종권리자) | |
|---|---|
| ~~김명자(541101-2******)~~ | |
| 경기 안양시 동안구 평촌동 932-6 꿈마을아파트 106-902 | |

| 순위번호 | 등 록 사 항 | | | |
|---|---|---|---|---|
| 1번 | (등록권리자) | | | |
| | 김명자(541101-2******) | | | |
| | 경기 안양시 동안구 평촌동 932-6 꿈마을아파트 106-902 | | | |
| | | | | 2002년 01월 22일 등록 |

이 등본(초본)은 등록원부와 틀림이 없음을 증명합니다.

( 제 000035968 호 )

2010년 03월 29일



특 허 청

◆ 본 증명서는 특허청에서 발급되었으며, 특허청 홈페이지(www.kipo.go.kr)의 '특허넷·온라인제증명발급' 에
뉴를 통해 발급번호 또는 문서하단의 바코드로 내용의 위·변조 여부를 확인해 주십시오. 단, 발급번호를 통한
확인은 90일까지 가능합니다.



**Exhibit 2**          Page 91

## ( 19) 대한민국특허청(KR)
## ( 12) 등록특허공보(B1)

(51) 。Int. Cl. ⁶
A47J 43/04

(45) 공고일자   2002년02월19일
(11) 등록번호   10- 0323245
(24) 등록일자   2002년01월22일

(21) 출원번호   10- 1999- 0025474
(22) 출원일자   1999년06월29일

(65) 공개번호   특1999- 0073275
(43) 공개일자   1999년10월05일

(73) 특허권자   김명자
경기 안양시 동안구 평촌동 932- 6 꿈마을아파트 106- 902

(72) 발명자   김명자
경기 안양시 동안구 평촌동 932- 6 꿈마을아파트 106- 902

(74) 대리인   최평열

심사관 : 권혁성

(54) 믹서구조

요약

본 발명은 과일,야채등을 분쇄하여 쥬스나 과즙으로 만드는 소형의 믹서 구조에 관한것으로, 본체(1) 상부에 별도의 링형으로 된 보강테(15) 를 부착 결합시키되, 본체(1)와 다른 색상을 갖도록 성형하므로서 미관을 향상시킴과 동시에 이 보강테(15)에 용기(3) 의 끼움편(21) 이 결합되도록 끼움부(16) 를 형성하여 착탈이 편리하고 확실하게 되도록 하고, 본체(1) 하부의 받침체(12) 의 중앙에 공구끼움용 구멍(17) 을 뚫어 모우터축(11) 에 설치된 클러치(9b) 의 해체 교환이 용이하도록 하며, 용기(3) 의 외측둘레부에 날개형 받침테(20) 를 복수개 설치하여 용기(3) 가 안정되게 세워질 수 있도록 하였다.

또한 별도로 칼날(24) 을 갖는 덮개(22) 를 구성하여 믹서를 사용하지 않을 때 본체(1) 상부를 덮어씌워 먼지와 같은 이물질로 부터 보호하고 상기 덮개(22) 에 설치된 칼날(24) 에 의해 분쇄하고자 하는 야채를 잘게 절단할 수 있도록 하였다.

대표도
도 2

명세서

도면의 간단한 설명

도 1 은 본 발명의 분해 사시도.

도 2 는 본 발명의 결합 단면도.

도 3 은 본 발명의 스위치 봉의 설치상태를 나타낸 발췌 사시도.

도 4 는 본 발명의 용기를 세우는 상태를 나타낸 단면도.

도 5 는 본 발명에 사용되는 덮개를 나타낸 사시도.

도 6 은 본 발명의 덮개가 본체 상부에 씌워진 상태의 단면도.

도 7 은 종래 믹서의 분해 사시도.

도 8 은 종래 믹서의 결합 단면도.

◇ 도면의 주요부분에 대한 부호의 설명◇

1 : 본체 2 : 절단도 설치부재

3: 용기 6 : 칸막이

7 : 스위치봉 8 : 스위치

9a,9b : 클러치 10 : 절단도

11 : 모우터축 12 : 받침체

15 : 보강테 16 : 끼움부

17 : 공구끼움용 구멍 18 : 공구

19 : 슬라이드 홈 20 : 날개형 받침테

21 : 끼움편 22 : 덮개

24 : 칼날

발명의 상세한 설명

　　발명의 목적

　　　　발명이 속하는 기술 및 그 분야의 종래기술

본 발명은 미네랄과 비타민등 인체에 유익한 성분이 많이 함유되어 있는 신선한 야채 과일을 분쇄하여 쥬스나 과즙으로 만드는 소형의 믹서 구조에 관한 것으로, 더욱 상세히는 본체축에 결합되는 용기가 보다 편리하고 확실하게 결합되도록 함과 동시에 외부면에 날개형의 받침테를 형성하여 용기가 안정되게 세워질 수 있도록 하고, 또한 용기가 결합되는 본체의 상부에 별도의 링형상의 보강테를 소정의 형상으로 성형시켜 본체축에 일체화로 부착되도록 구성하므로서 제작성의 간편화와 믹서자체의 미감적 가치를 향상시키며, 본체 상부에 씌워지는 덮개를 형성하여 믹서를 사용하지 않을 때

덮개를 덮어 보관할 수 있도록 함과 동시에 모우터의 구동력을 절단도에 공급 및 차단하는 역할을 하는 클러치가 고장시 클러치의 교환이 보다 용이하도록 함에 목적을 두고 제안한 것이다.

종래, 소형 믹서는 도 7 내지 도 8 과 같이 구성되어 있다.

즉, 믹서 본체(1), 절단도 설치부재(2) 및 용기(3)로 구성되는데 사용시에는 용기(3) 내에 야채및 과일등(이하 편의상 '분쇄물질'이라 함)이 넣어 지고, 이어서 용기(3)와 절단도 설치부재(2)를 본체(1) 상부에 눌러 끼워 넣음과 동시에 일측방향으로 소정의 각도로 회전시키면 본체(1)의 벽면에 돌출형성 된 'ㄱ'자 형상으로 된 걸림턱(4)이 절단도 설치부재(2) 둘레부의 돌출테(5) 사이에 형성된 끼움부(5a) 사이에 끼워져 위치가 고정되므로서 결합이 완료되었던 것이다.

한편, 이와같이 결합될 때 본체(1)의 칸막이(6)상부로 돌출 형성된 스위치

봉(7)이 상기 절단도 설치부재(2)의 저면과 맞닿으므로서 하향하게 되며 이때 스위치봉(7)의 하단이 근접설치된 리미트스위치(8)를 누르므로서 통전되어 모우터(도시생략)가 회전하게 되고 이 회전력이 서로 대응하고 있는 한 쌍의 클러치(9a)

(9b)에 의해 전달되어 마치 바람개비 형상으로 된 절단도(10)를 회전시키므로서 용기(3) 내에 내장된 분쇄물질을 분쇄시키도록 되어 있다.

그런데 상기 종래의 믹서는 다음과 같은 불합리한 점을 내포하고 있다.

본체(1) 상부에 끼워져 결합되는 절단도 설치부재(2)의 둘레면에 형성된 돌출테(5)가 외부로 돌출된 상태에서 본체(1) 내면에 결합되므로 본체(1)와 절단도설치부재(2) 간에는 돌출테(5) 높이 이상의 공간이 생기므로 외관상 좋지 못할 뿐만 아니라, 그 사이로 이물질이 유입될 우려가 있으며, 또한 용기(3)의 바닥면 (도면에 있어서는 상부면이 됨)의 둘레 가장자리부가 미관적인 면을 고려하여 둥글게 라운딩부로 형성되어 있슴에 따라 용기(3)를 바닥에 거꾸로 세울경우 불안정하여 용기(3) 내의 내용물 즉 분쇄물질이 쏟아지는 문제가 있었고, 믹서를 보관할 때 본체와 용기를 별도 분리하여 보관하는데 이때 본체위에 먼지등이 쌓이는 문제가 있었다.

또한, 믹서를 사용시 본체(1) 상부에 결합된 모우터축(11) 측의 클러치(9b)가 노후화 혹은 훼손되어 교환하여야 할 경우, 모우터축(11)을 고정시킨 상태에서 클러치(9b)를 교환하여야 하는데, 이때는 본체(1) 하부의 받침체(12)를 해체한 후 별도의 드라이버 등을 이용하여 모우터축(11)을 고정하고 클러치(9b)를 교환하였던 것으로, 이는 별도의 숙련된 A/S기술자가 교환수리를 하여야만 했던 것으로 인력의 손실을 가져왔던 것이다.

또한, 성형함에 있어서 용기(3)가 결합되는 본체(1) 상부의 테두리부를 본체(1)의 강성향상과 미감을 향상시키기 위하여 다소 두껍게 형성하고, 본체(1)내벽에 'ㄱ'자형상의 걸림턱(4)을 형성하고 있는데 이는 사출성형 작업이 어려워 생산성 저하의 요인과 원가 상승요인을 가져왔던 것이다.

발명이 이루고자 하는 기술적 과제

본원 발명은 용기와 본체간의 공간을 최소화하고, 또한 본체 상부에 링형상의 보강테를 별도로 구성하여 끼워 고정할 수 있도록 하므로서 성형 작업이 용이하도록 함과 동시에 상기 보강테를 본체의 색상과 다른 색상으로 배색이 되도록 구성하므로서, 미감을 향상시켜 고품질화를 꾀하고, 용기에 날개형의 받침테를 형성하여 용기가 안정되게 세워지도록 하고 믹서를 보관할 덮개를 씌워 보관하므로서 청결한 믹서를 제공하고자 한 것으로 이에 따른 구성및 작용. 효과를 설명하면 다음과 같다.

Exhibit 2          Page 94

발명의 구성 및 작용

이하, 종래 구조와 동일한 부분에 대하여는 편의상 동일한 부호를 붙여 설명한다.

각 전기장치가 내장된 본체(1) 상부에 절단도(10) 를 갖는 절단도 설치부재(2) 및 용기(1) 가 차례로 결합되며, 상기 절단도 설치부재(2) 가 본체(1) 측에 결합시 스위치봉(7) 이 하향 통전되어 모우터가 구동되고, 모우터의 구동력이 클러치(9a)(9b) 에 의해 전달되어 절단도(10) 가 회전하면서 용기(3) 와 절단도설치부재(2) 사이에 내장된 분쇄물질을 분쇄시킬 수 있도록 된 믹서에 있어서, 상기 본체(1) 상부에는 별도의 링형상의 보강테(15) 를 형성하여 부착결합시키되 보강테(15) 자체에 소정의 간격을 두고 복수개(도면에서는 3개를 도시하고 있슴)의 요흠형상의 끼움부(16) 를 형성하고, 본체(1) 하부에 결합되는 받침체(12) 의 중앙 즉 모우터축(11)과 일치하는 중심선상에 모우터축 고정을 위하여 드라이버와 같은 공구(18) 가 끼워질수 있도록 공구끼움용 구멍(17)을 또는다.

또한, 본체(1) 내에 설치되는 스위치봉(7) 은 도 2 및 도 4 에서 도시한 바와같이 내벽에 형성된 슬라이드홈(19) 내에 끼워져 스프링의 탄발력에 의해 상하 승강하도록 록 되어 있으며, 상기한 홈(19) 은 '      ' 형상으로 파여지고 스위치봉(7) 의 단면 역시 상기한 홈(19) 과 동일한 형상으로 구성되어 상하로만 슬라이드 이동이 가능하고 측방향으로는 빠지지 못하도록 구성되어 있다.

용기(3) 는 바닥에 세웠을 때 수직으로 안정되게 세워질수 있도록 외부면에 복수개의 날개형 받침테(20) 를 형성하고, 본체(1) 와 결합되는 용기(3) 의 하단 둘레부에는 보강테(15) 에 형성된 끼움부(16) 와 대응한 위치에 복수개의 끼움편(21) 이 돌출형성되며 이 끼움편(21) 이 상기 보강테(15) 의 끼움부(16) 에 끼워지므로서 스위치봉(7) 은 하향하여 리미트 스위치(8) 를 작동시켜 통전이 된다.

또한, 믹서를 보관할 때 용기(3) 와 본체(1) 를 서로 분리 보관하게 되는데, 이와같이 분리 보관시 본체(1) 의 상부를 덮을 수 있도록 별도의 덮개(22) 를 형성한다. 상기 덮개(22) 는 도 5 및 도 6 에서 도시한 바와같이 대략 반원형으로 되며, 상부에 손잡이(23) 가 설치되고 하부에는 칼날(24) 이 가로질러 설치되어 믹서를 이용하여 야채, 과일등을 분쇄할 때 간단히 덮개에 설치된 칼날(24) 에 의해 야채, 과일등을 미리 소정의 크기로 절단할 수 있도록 된다.

이와같이 구성된 본원 발명의 작용을 실제 사용상태를 들어 설명하면 다음과 같다.

먼저 용기(3) 를 절단도 설치부재(2) 로 부터 해체된 상태에서 세워놓고 용기(3) 내에 분쇄물질을 적당량 넣은 후 절단도 설치부재(2) 를 용기(3) 와 나사결합시킨다.

이때 분쇄물질이 경질이거나 클 경우, 덮개(22) 에 설치된 칼날(24) 을 이용하여 마치 채를 썰듯이 절단하여 용기(3) 내에 넣는다.

이와같이 용기(3) 와 절단도 설치부재(2) 가 일체화로 된 상태에서 절단도 설치부재(2) 를 본체(1) 상부에 끼워 소정의 압력을 가하여 손으로 누른후 소정의 각도로 회전시키면(우회시킴) 용기(3) 의 하측 끝부에 형성된 끼움편(21) 이 본체(1) 상부에 고정 결합되어 있는 보강테(15) 의 끼움부(16) 내에 끼워지되 위치가 고정되는데 이때는 용기(3) 의 끼움편(21) 이 보강테(15) 의 끼움부(16) 와 일치되게 결합시킨 후 소정의 각도로 회전시키면 용기(3) 가 본체(1) 측에 결합되며, 이때 끼움편(21) 이 스위치봉(7) 의 상부를 하방으로 누르므로서 스위치봉(7) 은 하향하여 뭘과 동시에 스위치봉(7) 에 형성된 돌기(7a) 가 스위치(8) 를 눌러 통전이 이루어져 모우터가 회전하게 되고 모우터의 회전력은 서로 맞물려 있는 한쌍의 클러치(9a)(9b) 에 전달되어 절단도(10) 가 회전하면서 용기(3) 내의 분쇄물질을 소정의 입자로 분쇄하게 되는 것이다.

Exhibit 2        Page 95

이와같이, 분쇄가 완료되면, 용기(3)를 결합시키때와 반대방향으로 돌려 빼내면 스위치봉(7)은 하단에 설치된 탄성스프링의 탄발력에 의해 상향하면서 돌기(7a)가 스위치(8)로부터 이탈하여 누름을 해제하므로 모우터의 회전은 멈추지는 것이다. 이때 용기(3)를 지면에 세우고 나사결합된 절단도 설치부재(2)를 해체한 후 용기(3)내의 분쇄물질을 빼내어 식음하면 되는 것이다.

이와같이 사용하다보면 동력 전달용 클러치(9a)(9b)의 마모가 발생하게 되는데 절단도 설치부재(2)측에 설치된 클러치(9a)는 외부로 나타나기 때문에 사용자가 쉽게 교환할 수 있고, 모우터축(11)에 설치된 클러치(9b)는 도 2에서 도시한 바와같이 공구(18)예로서 드라이버를 본체(1)하부의 받침체(12) 중앙에 뚫린 공구 끼움구멍(17)내로 끼워 모우터축(11)의 회전을 억제함과 동시에 상부에 설치된 클러치(9b)를 해체시키면 되는 것으로 A/S맨이 아니더라도 사용자가 직접 교환할 수 있는 것이다.

또한, 본체(1)상부에 결합되는 보강테(15)는 고주파 처리에 의해 본체(1)와 일체화로 결합되는데 상기 보강테(15)는 본체(1)의 색상과 배색이 되도록 별도의 색상을 부여하여 성형할 수 있는 것으로 미관을 향상시킬 수 있는 것이다.

한편, 믹서를 사용후 보관시에는 본체(1)와 용기(3)를 분리하여 건조보관하게 되는데, 이때 본체(1)상부에 덮개(22)를 씌워 보관하면 먼지등으로부터 보호할 수 있다.

　　발명의 효과

이상 살펴본 바와같이, 본원 발명의 믹서는 용기의 외부면에 날개형 받침테를 형성하므로서 용기가 안정되게 세워질 수 있도록 하고 동시에 용기 자체에 끼움편을 형성하여 본체에 고정된 보강테의 끼움부에 결합되도록 하되, 상기 보강테를 별도로 성형하여 부착시키므로 보강테를 별도의 색상으로 성형할 수 있어서 미감향상에 따른 고품질화를 꾀할 수 있으며, 본체 저면에 결합되는 받침체의 중앙부에 형성된 공구 끼움용 구멍을 통해 모우터축을 고정하여 클러치를 교환 할 수 있으므로 종래와 같이 받침체를 완전 해체할 필요가 없어 누구나 손쉽게 교환수리 할 수 있는 것이다.

또한, 보관시에는 별도의 덮개에 의해 본체 상부를 덮어 보관할 수 있으므로 위생적이며, 덮개에 설치된 칼날에 의해 필요시 분쇄물질을 절단할 수 있어 편리하게 사용될 수 있는 것이다.

(57) 청구의 범위

청구항 1.

본체(1)상부에 절단도(10)를 갖는 절단도 설치부재(2) 및 용기(3)가 차례로 결합되며, 상기 절단도 설치부재(2)가 본체(1)와 결합시 스위치 봉(7)이 하향 롱전되어 모우터가 구동되고, 모우터의 구동력이 클러치(9a)(9b)에 전달되어 절단도(10)가 회전하면서 용기(3)내에 내장된 분쇄물질을 분쇄시킬 수 있도록 된 믹서에 있어서,

상기 본체(1) 상부에는 요흠형상의 끼움부(16)를 갖는 보강테(15)를 별도 성형하여 부착결합하고, 본체(1)하부에 결합되는 받침체(12)의 중앙에 공구 끼움용 구멍(17)이 뚫어지며, 본체(1)내벽에 슬라이드(19)홈을 형성하여 스위치봉(7)이 상기 홈(19)내에 끼워져 상하 승강하도록 되며, 용기(3)의 외부면에 날개형 받침테(20)를 형성하여 용기(3)가 안정되게 세워질 수 있도록 하고, 별도의 칼날(24)을 갖는 덮개(22)를 형성하여 보관시 본체(1)상부를 덮을 수 있도록 한 것을 특징으로 하는 믹서 구조.

청구항 2.

제 1 항에 있어서, 상기 용기(3)의 열림부측 둘레부에는 상기 보강테(15)에 형성된 요흠형상의 끼움부(16) 내에 끼워져 결합되도록 끼움편(21)이 형성된 것을 특징으로 하는 믹서 구조.

청구항 3.

제 1 항에 있어서, 보강테(15)는 고주파 처리에 의해 본체(1) 상부에 부착결합되며, 본체(1)와는 다른 색상으로 배색되도록 성형된 것을 특징으로 하는 믹서 구조.

도면

도면 1



도면 2



도면 3



**Exhibit 2**     Page 98

도면 4



도면 5



도면 6



도면 7



도면 8



**Exhibit 2**     Page 100

Exhibit 3

(19) Korean Intellectual Property Office (KR)
(12) Granted Patent Publication (B1)

(51) Int. Cl.
A47J43/04

(45) Publication Date: Feb. 19th, 2002
(11) Registration No: 10-0323245
(24) Registration Date: Jan. 22nd, 2002

(21) Application No: 10-1999-0025474
(22) Filing Date: June 29th, 1999

(65) Laid-Open No.: Paten 1999-0073275
(43) Laid-Open Date: Oct. 5th, 1999

(73) Assignees:
Kim Myeongja
Kyeonggi Annyang-si Dongan-gu Pyeongchon-dong 932-6 Kummaeul APT 106-902

(72) Inventors:
Kim Myeongja
Kyeonggi Annyang-si Dongan-gu Pyeongchon-dong 932-6 Kummaeul APT 106-902

(74) Representative:
Choi Pyeong-yeol

Examiner: Gwonhyeokseong

(54) Structure of the Blender

(57) Abstract

The present invention is related to a small conventional blender that grinds fruit and/or vegetables to become liquid. The blender includes a blender body (1) with an additional reinforcing type of ring that is attached and combined (15) on the top of the body. The body (1) is shaped differently with a different color to improve the appearance as well as for an easier insertion (21) to the ring of the container (3). This creates an insertion board that makes it easier for a reliable connection. The blender body (1) contains a support panel (12) on the bottom with an insert hole in the middle, so that the clutch (9b) installed on the axis of the motor is easily dissembled (11). The outer rim of the container (3) contains multiple gull-wing type of support panel for a stabilized stand.

In addition, the structure of the lid (22) with the additional blade (24) is designed to cover the body (1) when it is not in use to protect it from dust and foreign substances. The blade base installed in the lid of said (22) is designed to grind and finely shred vegetables.

1

**Exhibit 3**     Page 101

Representative Drawing
Fig. 2

Description

Brief description of the drawing

FIG. 1 is a perspective sectional view to show the present invention;

FIG. 2 is a cross sectional view to show embodiment of the present invention;

FIG. 3 is an extracted perspective sectional view to show switch bar installation casing,

FIG. 4 is a cross sectional view seen from the upright positioned container of the present invention;

FIG. 5 is a perspective view to show the covering lid of the present invention;

FIG. 6 is a cross sectional view seen with the lid covering the blender body of the present invention;

FIG. 7 is a perspective sectional view of the conventional blender to show the present invention;

FIG. 8 is a cross sectional view of the conventional blender to show embodiment of the present invention;

¤ Symbols of the main part of the drawing description ¤

1: Blender body 2: Absence of install drawing in section
3: Container 6: Partitioning

7 Switch bar 8: Switch

9a, 9b: Clutch 10: Cross sectional view

11: Axis of motor 12: Support panel

15: Reinforcing rim

16: Insertion board

17: Tool insertion use hole

18: Tool

2

**Exhibit 3**      Page  102

19: Slide furrow 20: Wing type support rim

21: Insertion bar 22: Lid

24 Blade base

Detailed description of invention

Goal of invention

Technology of invention and existing technology of the field

The present invention is related to a small blender that grinds fresh fruit and/or vegetables to become liquid, containing beneficial minerals and vitamins to our body. In more detail, the container attached to the blender body is easily connected and well stabilized due to the external gull-wing type of support panel on the container. In addition, the extra ring type support panel on the top of the body is designed in unison with the body for a simple and convenient use, as well as enhancing an esthetic sense. The lid on the top of the body covers and protects the blender and is intended to supply and control the driving power of the motor to make it easy to exchange the clutch when damaged.

Traditionally, the small blender is comprised of Fig. 7 or Fig. 8.

Thus, the blender body (1) is comprised of absence of install in drawing in section (2) and container (3). For usage, put vegetables and/or fruits (hereinafter 'grinding material') into the container (3) and turn and place the container (3) with absence of install in drawing in section (2) with the top of the blender body (1), then at the same time, rotate to a certain angle or greater in one direction so that the '⌐' shape latch (4) at the side of the body (1) is inserted between the insertion board (5a) of absence of install in drawing in section (2) and the edge of the projecting rim (5) for a firm lock.

Meanwhile, the switch (7) projecting from the top part of the partition of the blender body (1) comes in contact with the bottom part in absence of install in drawing section (2) into a downward position. The bottom of the switch bar pushes down the limit switch (8) applying electric current, enabling the motor (omit fig.) to rotate and transmit the pair of clutch (9a) to in turn rotate the drawing in section (10) in a pinwheel shape, grinding the 'material' in the container (3).

The conventional blender has unreasonable points as follows:

The absence of install in drawing section (2) connecting to the upper part of the blender body (1) is projected (5) and attached to the side of the body externally (5), creating a gap between the absence of install in drawing section (2), which is not only esthetically appealing but allows foreign material to be trapped in-between. In addition, the edge of the external part on the bottom (upper part in the Fig.) of the container (3) creates a circular shape, in turn, making it unstable and causing the grinding material to pour out when turned upside down. As a result, when storing the blender, dust can accumulate on the body and container separately.

3

**Exhibit 3**          Page  103

In addition, when the clutch (9b) of the attached axis of the motor (11) on the top of the body (1) deteriorates or gets damaged and needs a replacement, the clutch (9b) needs to be interchanged while secured to the axis of the motor (11). At this time, the support panel on the bottom of the body (11) needs to be dissembled using a driver with the axis of motor (11) secured and then the clutch (9b) to be replaced. This service needs service technician assistance and in turn creates manpower costs.

In addition, the external rim on the top of the body (1) attached to the container (3) makes it difficult to improve the strong properties and takes on a thicker esthetic appearance. The internal side of the body (1) is shaped in a '¬' type latch (4) which makes it difficult for injection molding and is the main cause of low productivity and rise in material prices.

Technical issues of the invention

The present invention minimizes space between the container and the blender body, and includes an extra supporting panel on the upper part of the body, making it easy for a secure molding procedure. The invention utilizes different colors of the support panel of the body and other parts to improve esthetics and appearance for high quality. The wing type support panel stabilizes the container and the lid allows for a clean storage. The components and function, effect is described as follows:

Components and function of the invention

Hereinafter, the conventional structure and same components use the same symbols for convenience.

Each embedded electric apparatus in the top part of the body (1) is combined with drawing in section (10) absence install (2) and container (1) in this order. The above drawing in section absence install (2) receives downward voltaic current and drives the motor when joined with the body part (1), the power drive of the motor conveys to the clutch (9a) (9b) and rotates the drawing section (10). In turn, the container (3) and absence of install in drawing section (2) allows the grinding material to get liquidized. The body of said (1) has a reinforcing ring type of support panel (15) that is attached with the support panel (15), and has forms of multiple (in Fig. 3 are displayed) insertion holes (16) in intervals on the bottom of the reinforcing support panel (1) itself. The bottom of the body (1) secures the middle of the support board (12), and aligns the axis of motor (11) with the middle linear axis of the motor, which includes insertion holes (17) for tools (18) such as drivers to be used.

In addition, the switch bar (7) installed in the body (1) is inserted in the slide furrow (19) created on the inside as seen in Fig 2. and Fig. 4 and then elevated up and down by the elasticity of the spring. The furrow (19) of said is craved in a '¬' shape and the cross section of the switch bar (7) is the same shape of the furrow (19) of said as well. This enables the slide to elevate up and down and become loose.

The container (3) stands in an upright position due to the multiple wing support panel (20) on the outside. The bottom rim of the container (3) jointed to the blender body (1) has multiple

4

**Exhibit 3**         Page  104

insertion boards (21) projected on the corresponding side of the insertion board (16) of the support panel (15). As this insertion bar (21) gets closer to the stated support rim (15) of the insertion part (16), the switch bar (7) declines and operates the limit switch (8) to activate it. In addition, the container (3) and body (1) are easily separated for storage and the extra lid (22) is intended to cover the body (1) for cleaner storage. The above mentioned lid (22) is an overall semicircle shape as shown in Fig 5 and Fig. 6. The handle (23) is installed on the upper part and the blade (24) with the bottom half installed across ways so that vegetables and/or fruit are grinded and shredded in little pieces by the rotational blade (24) with the lid attached.

Description of how the function of the invention works is described as below.

Foremost, the container (3) is disassembled from the absence of install drawing in section (2) and placed on the upright position, then grinding material is put into the container (3) and the container (3) is joined with the absence of install drawing in section (2) with a screw.

When grinding material is hard or bulky, the material needs to be chopped beforehand and put into the container (3), using the blade (24) with the lid (22) as a cutting devise.

In this manner, with the container (3) and absence of install drawing in section (2) joined as a unit, the absence of install drawing in section (2) is inserted on the upper part of the body (1) and pressured by hand in a rotating direction (clockwise). The insertion panel (21) formed at the end of the bottom part of the container (3) is secured at the upper part of the body (1). The insertion bar (16) of the support rim (15) is secured and at the same time, the container (3) and axis of body (1) is joined as a unit. When the insertion board (21) is pressed on the switch bar (7) downward, the switch bar (7) declines downward and the projected part (7a) presses the switch (8) to rotate the motor. In turn, the rotation of the motor conveys to the pair of clutch (9a) (9b) and activates the drawing in section (10) and grinds the material in the container (3) into small pieces.

Additionally, after grinding is complete, the container (3) is disassembled by turning in the opposite direction as assembled and the spring at the bottom of the switch bar (7) faces upward with the elastic force. The projected part (7a) detaches from the switch (8) causing the motor to stop. Then after the container (3) is placed upright to disassemble the absence of install drawing in section (2) which is jointly screwed, take out the grinded material from the container (3) to consume.

Henceforth, if the power transmitted clutch (9a) (9b) is worn out after prolonged use, the user can easily replace it because the installed clutch (9a) in the absence of install drawing in section (2) is visible to the eye. As shown in Fig 2 of the clutch (9a) installed in the axis of the motor (11), if the driver is inserted on the support panel at the bottom of the body (1) into the middle of tool insertion hole (17), the motor (11) does not rotate. At the same time, the user can replace the clutch (9b) on the top part and disassemble it without the help of a service technician.

In addition, the support panel attached on the upper part of the body (1) is joined as a unit by high frequency handling, and so the mentioned support panel (15) has a different color to the body (1) to improve the esthetic appearance of the unit.

5

**Exhibit 3**        Page  105

Meanwhile, the body (1) and container (3) are disassembled to dry for storage after use, and that the lid (22) covers the body (1) to prevent dust to accumulate.

The effect of the invention

As stated above, the present invention has an external gull-wing type of support panel for a stabilized stand and with the insertion bar in the container to secure the support rim to the body; the mentioned support panel can be separately designed to be attached. This enables the support panel to have a different color, improving the esthetics and appearance for high quality. Contrary to previous devices, the invention secures the axis of motor through the tool insertion hole in the middle of the support panel joined to the body, so that anyone can easily exchange and repair the clutch without totally disassembling the support panel.

In addition, the lid covers the top of the body to provide a clean and sanitary way to store the unit and if needed, the installed blade with the lid can easily grind material for use.

(57) Claims

Claim 1

The top of the body (1) joins with the drawing in section (10) in the absence of install drawing in section (2) and container (3) in this order as a unit. The absence of install drawing in section (2) of said joins with the switch bar in a downward (7) direction which activates the motor. In turn, the power of the motor transmits to the clutch (9a) (9b) and rotates the drawing in section (10) to grind the material in the container (3).

A blender further comprises: The mentioned body (1) has an insertion bar of a formed furrow (16), with an extra reinforcing panel (15) attached. The bottom of the body (1) has a tool insertion hole in the middle of the support panel (12) as well. The inside of the slide (19) of the body (1) has a furrow that enables the switch bar (7) to insert the furrow of said (19) up and down. The container (3) has an external gull-wing type of support panel (20) for a stabilized stand and includes a separate blade (24) with lid (22) to cover the body (1) for clean storage.

Claim 2

As claimed in claim 1, wherein the container of said (3) has features of an insertion board (21) joined to the insertion bar of a formed furrow (16) on the reinforcing panel (15) of said.

Claim 3

As claimed in claim 1, the reinforcing panel (15) has features to be attached to the top of the body (1) by high frequency handling, so that the panel has a different color to that of the body (1).

Drawing – Fig. 1



**Exhibit 3**          Page  107

Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7

**Exhibit 3**          Page  110



Fig. 8

**Exhibit 3**     Page 111



**Exhibit 3**        Page  112

# Certification

This is to certify that the foregoing translation of the patent KR 10-03234502 was made from Korean to English by me. I am a competent translator well acquainted with both languages, and that, to the best of my knowledge and belief, it is a true and complete rendering into English of the original document.

Date: January 15, 2010

_Jean Sim_

Jean Sim

**Exhibit 3**          Page 113

Exhibit 4



**REPORTERS ◆ UNLIMITED**

150 WEST 6th STREET, SUITE 202, SAN PEDRO, CALIFORNIA 90731  TELEPHONE: 310.514.0204  FAX: 310.514.0444

**Exhibit 4**     Page 114

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SUNBEAM PRODUCTS, et al.                    )
                                            )
                        Plaintiff           )
                                            )
                vs.                         )
                                            )
HAMILTON BEACH BRANDS, et al.               )
                                            )
                        Defendants.         )
                                            )


VIDEOTAPED DEPOSITION OF JULIAN SUK

SANTA MONICA, CALIFORNIA

THURSDAY, JUNE 3, 2010


REPORTED BY:
DIANNE McGIVERN
CSR NO. 7576
REGISTERED DIPLOMATE REPORTER

Certified Copy

Exhibit 4          Page 115

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBEAM PRODUCTS, INC., DBA JARDEN CONSUMER SOL'N, ) ) ) | |
| PLAINTIFF, ) | CASE NO. |
| -vs- ) | 3:09-CV-791 REP |
| HAMILTON BEACH BRANDS, INC., ET AL., ) DEFENDANT ) ) | |

VIDEOTAPED DEPOSITION OF JULIAN SUK

SANTA MONICA, CALIFORNIA

THURSDAY, JUNE 3, 2010

REPORTED BY:
DIANNE M. McGIVERN
CSR No. 7576, RMR, RDR

```
 1        VIDEOTAPED DEPOSITION OF JULIAN SUK, TAKEN ON

 2        BEHALF OF THE DEFENDANT, AT 1333 SECOND

 3        STREET, SUITE 500, SANTA MONICA, CALIFORNIA,

 4        ON THURSDAY, JUNE 3, 2010, AT 10:07 A.M.,

 5        BEFORE DIANNE M. McGIVERN, CSR 7576, PURSUANT

 6        TO NOTICE.

 7

 8             A P P E A R A N C E S   O F   C O U N S E L

 9

10   FOR THE PLAINTIFF:

11

12             STEPTOE & JOHNSON
               BY:  THOMAS G. PASTERNAK, ESQ.
13             115 South LaSalle Street
               Suite 3100
14             Chicago, Illinois  60603
               312.577.1265
15             312.577.1370 (Fax)

16

17   FOR THE DEFENDANT:

18

19             CISLO & THOMAS LLP
               BY:  DENNIS LARSON, ESQ.
20             1333 Second Street
               Suite 500
21             Santa Monica, California  90401
               310.451.0647
22             310.394.4477 (Fax)

23        ALSO PRESENT:

24             Youngin Ko, Korean Interpreter

25             Michael Moghaddam, Videographer
```

**Exhibit 4**          Page 117

```
1                    I N D E X

2   WITNESS            EXAMINATION BY           PAGE

3   JULIAN SUK

4                      MR. LARSON              5, 28

5                      MR. PASTERNAK          28, 29

6

7

8                    E X H I B I T S

9

10  EXHIBIT            DESCRIPTION              PAGE

11

12  56        Declaration of Seung Wee Yang     20

13  59        Subpoena to Testify at a           7
              Deposition in a Civil Action
14
    60        Advertisements in the Korea        9
15            Times pre-December 1999

16  61        Advertisements in the Korea        9
              Times December 1999
17
    62        Advertisements in the Korea       11
18            Times post-December 1999

19

20

21

22

23

24

25
```

**Exhibit 4**        Page 118

SANTA MONICA, CALIFORNIA;

THURSDAY, JUNE 3, 2010

10:07 A.M.

-oOo-

VIDEO OPERATOR:  Good morning.  Here begins media number one of the deposition of Julian Suk in the matter of Sunbeam Products, Incorporated, et al. versus Hamilton Beach Brands, Incorporated, et al.  This case is in U.S. District Court, Eastern Virginia.  Case No. 309-CV-00791 REP.

Today's date is June 3rd, 2010.  The time is 10:08 a.m.  This deposition is taking place at 1333 Second Street, Suite 500, in Santa Monica, and is being taken on behalf of the defendants. The videographer's name is Michael Moghaddam, appearing on behalf of Reporters Unlimited, located in San Pedro.

Would counsel please identify yourselves and state whom you represent.

MR. LARSON:  Dennis Larson of Cislo & Thomas LLC representing Defendant Homeland Housewares.

MR. PASTERNAK:  Tom Pasternak for

| | |
|---|---|
| 10:29:12 | 1 |

Q    And this has been the regular practice of your paper since you've worked there?

A    Yes.

Q    When you first -- when you received a copy of the subpoena, did you proceed to go to the microfilm to get the documents that you brought today?

A    Yes.

Q    Directing you to the -- I'll hand you the stack marked Exhibit 60.  Are there any advertisements in Exhibit 60 for the Kiss mixer that you brought today in response to this subpoena?

A    No.

Q    These are all -- are all of these the ads for your newspaper from January 1, 1999 through the end of November 1999?

A    Up to November the 3rd.  No, I'm sorry. November the 1st.  Oh, 11th.

Q    Okay.  Those are all the ads from your newspaper in response to the subpoena through that time period?

A    Yes.

Q    Okay.  I'll show you what's been marked Exhibit 61.  Directing you to the first page, the

**Exhibit 4**            Page 120

upper left-hand corner. Is that an ad for the
Kiss mixer?

    A    Yes.

    Q    And what's the date?

    A    November 16th, 1999.

    Q    May I see that, please?  Could you point
to the date that you just stated?  Just for the
record, you're pointing to Thursday, December
16th, 1999.

    A    Yes.

    Q    So were you mistaken when you said
November, or did I misunderstand you?

    A    I misstated.  It was December.

    Q    Okay.  So Thursday, December 16th, 1999
is the first Kiss mixer ad?

    A    That's what I believe.  I can't say for
100 percent sure.

    MR. PASTERNAK:  Objection; lack of
foundation.  The document is very fuzzy and vague.
It's hard to even see what it shows in the photo.
BY MR. LARSON:

    Q    Is your doubt related to whether this is
the first Kiss mixer ad?

    A    Yes.

    Q    This is the first Kiss mixer ad that you

| | |
|---|---|
| 10:38:44 1 | accurate translation. |
| 10:38:55 2 | Q   My question is, do you decline to |
| 10:38:57 3 | respond? |
| 10:39:06 4 | A   Yes. |
| 10:39:07 5 | Q   Okay.  Can you at least make out what it |
| 10:39:10 6 | says on the language that is just to the right of |
| 10:39:18 7 | the Kiss mixer itself, which is very hard to make |
| 10:39:23 8 | out?  Can you make out that language? |
| 10:39:40 9 | A   Which one?  This one or the clear one? |
| 10:39:45 10 | Q   The unclear one. |
| 10:39:46 11 | A   "Pepper, garlic, ground, and Mayonnaise |
| 10:40:06 12 | can be made easily.  Coffee grinding, health -- |
| 10:40:16 13 | healthy porridge, potato pancakes, bean pancakes." |
| 10:40:42 14 | After that, it is kind of illegible.  Then the |
| 10:40:48 15 | last entry, "Nothing is impossible." |
| 10:40:58 16 | Q   By the way, I think you indicated that |
| 10:41:00 17 | all of these advertisements are on microfilm at |
| 10:41:06 18 | your business? |
| 10:41:07 19 | A   '99 to 2000, they are in microfilms.  But |
| 10:41:38 20 | from 2007 on, we changed the system.  They are in |
| 10:41:50 21 | PDF files, so we can make copies. |
| 10:41:55 22 | Q   But the documents you brought today are |
| 10:41:57 23 | all on microfilm? |
| 10:42:03 24 | A   Yes. |
| 10:42:03 25 | Q   Okay.  Directing your attention to the |

**Exhibit 4**          Page 122

| | | |
|---|---|---|
| 10:42:06 | 1 | second page of Exhibit 61. Can you tell me the |
| 10:42:17 | 2 | date that the upper left-hand corner ad was for? |
| 10:42:34 | 3 | A   December 18, 1999. |
| 10:42:40 | 4 | Q   Directing you to the third page, can you |
| 10:42:47 | 5 | tell me what date that this ad for Kiss mixer is |
| 10:42:53 | 6 | for? |
| 10:43:00 | 7 | A   December 20th, 1999. |
| 10:43:06 | 8 | Q   Are there any other Kiss mixer ads in |
| 10:43:09 | 9 | Exhibit 61? |
| 10:43:25 | 10 | A   No. |
| 10:43:30 | 11 | Q   May I have 60 and 61. |
| 10:43:38 | 12 | Directing your attention to Exhibit 62. |
| 10:44:00 | 13 | Are there any Kiss mixer ads in Exhibit 62? |
| 10:44:45 | 14 | A   I don't think so. |
| 10:44:51 | 15 | Q   You looked at every page? |
| 10:44:55 | 16 | A   Yes. |
| 10:46:22 | 17 | Q   I'm going to show you what has already |
| 10:46:26 | 18 | been marked as Exhibit 56 in Mr. Yang's deposition |
| 10:46:32 | 19 | yesterday. Did I say 57? Excuse me for a second. |
| 10:46:57 | 20 | It's 56. My mistake. |
| 10:47:45 | 21 | (Defense Exhibit 56 marked for |
| 10:47:45 | 22 | identification.) |
| 10:47:47 | 23 | BY MR. LARSON: |
| 10:47:48 | 24 | Q   Have you seen this exhibit before? |
| 10:47:56 | 25 | A   Yes. |

| | | | |
|---|---|---|---|
| 10:47:58 | 1 | Q | When did you see it? |
| 10:48:15 | 2 | A | I received it on May 19th, 2010. |
| 10:48:26 | 3 | Q | Who sent it to you? |
| 10:48:34 | 4 | A | Their office did. |
| 10:48:35 | 5 | Q | You mean my law office, this law office |
| 10:48:37 | 6 | | here? |
| 10:48:40 | 7 | A | Yes. |
| 10:48:40 | 8 | Q | Okay. Was it sent to you so that you |
| 10:48:43 | 9 | | could look for the documents requested? |
| 10:48:52 | 10 | A | Yes, correct. |
| 10:48:54 | 11 | Q | Directing your attention to page 564 on |
| 10:48:59 | 12 | | that document. |
| 10:49:27 | 13 | A | There is no page numbers on these pages. |
| 10:49:47 | 14 | Q | Okay. If you'd look at the signature |
| 10:50:00 | 15 | | page. All right. Turn to the next page. The |
| 10:50:04 | 16 | | upper left-hand corner says, "Saturday, December |
| 10:50:08 | 17 | | 18, 1999." Is this the same ad that you |
| 10:50:12 | 18 | | identified in, I believe, Exhibit 61? |
| 10:50:31 | 19 | A | Yes, it looks the same. |
| 10:50:35 | 20 | Q | Okay. |
| 10:50:36 | 21 | | MR. PASTERNAK: I'm going to object |
| 10:50:37 | 22 | | because the date on mine looks like 1988. |
| 10:50:50 | 23 | | BY MR. LARSON: |
| 10:50:50 | 24 | Q | Would you look to the declaration that |
| 10:50:53 | 25 | | was sent to you that you used to look for the |

| | | |
|---|---|---|
| 11:07:13 | 1 | You're just assuming that; right? |
| 11:07:24 | 2 | A    Yes. |
| 11:07:25 | 3 | Q    Nothing further. |
| 11:07:26 | 4 | MR. LARSON:  I have nothing further. |
| 11:07:31 | 5 | VIDEO OPERATOR:  And, Mr. Pasternak, |
| 11:07:31 | 6 | would you like a copy of the video? |
| 11:07:35 | 7 | MR. PASTERNAK:  Yes, please. |
| 11:07:36 | 8 | VIDEO OPERATOR:  Going off the record. |
| 11:07:37 | 9 | The time is 11:07 a.m. |
| 11:07:39 | 10 | |
| 11:07:39 | 11 | (Whereupon, the proceedings were |
| 11:07:39 | 12 | adjourned at 11:07 a.m.) |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
1    STATE OF CALIFORNIA          )

2    COUNTY OF LOS ANGELES        )

3

4        I, Dianne M. McGivern, a Certified Shorthand

5    Reporter in and for the State of California, do

6    hereby certify:

7        That, prior to being examined, the witness,

8    JULIAN SUK, was by me duly sworn to testify the

9    truth, the whole truth, and nothing but the truth;

10       That said deposition was taken down by me in

11   shorthand at the time and place named therein and

12   was thereafter reduced to typewriting under my

13   supervision; that this transcript reflects a true

14   record of the testimony given by the witness and

15   contains a full, true and correct report of the

16   proceedings which took place at the time and place

17   set forth in the caption hereto as shown by my

18   original stenographic notes.

19       I further certify that I have no interest in

20   the event of the instant action.

21       Executed at San Pedro, California, this June

22   5, 2010.

23
             DIANNE M. McGIVERN, CSR 7576, RMR
24           REGISTERED DIPLOMATE REPORTER

25
```

```
1   STATE OF CALIFORNIA          )

2   COUNTY OF LOS ANGELES        )

3

4

5

6        I, JULIAN SUK, hereby certify under penalty

7   of perjury, under the laws of the State of

8   California, that the foregoing document is true and

9   correct to the best of my knowledge.

10       Executed this _____ day

11  of _____, 2010, in the city of

12  _____, California.

13

14       _____

15       JULIAN SUK

16

17

18

19

20

21

22

23

24

25
```

THE FOLLOWING CORRECTIONS HAVE BEEN MADE BY ME ON

_____, 2010.


_____

JULIAN SUK


PAGE/LINE      FROM                    TO

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

```
1   STATE OF CALIFORNIA        )

2   COUNTY OF LOS ANGELES      )

3

4

5

6        I, DIANNE M. McGIVERN, Certified Shorthand

7   Reporter, License No. 7576, in the State of

8   California, hereby certify that the foregoing

9   transcript is an exact and correct certified copy

10  of the original transcript of the deposition of

11  JULIAN SUK, taken before me on Thursday, June 3,

12  2010, as thereon stated.

13

14       I declare under penalty of perjury that the

15  foregoing is true and correct.

16

17       Executed at San Pedro, California, on June 5

18  2010.

19

20

21

22       [signature]
         DIANNE M. McGIVERN, CSR 7576, RMR
23       REGISTERED DIPLOMATE REPORTER

24

25
```

정스프라이스센터  한국상품 전문점



## KISS 키스 미니믹서

다를 갖고싶어서 난리야
작은게 강력하대
우리 그이가 매일 애달래
우리 애들이 더 그래

각종 과일씨까지 전부
갈아서 드십시오.

정스특별 판매가
Page 130

정말 편리합니다!!

## 자동반죽, 자동으로 국수뽑는 기계



정스특별 판매가
$99 99

## 한국산 콩가루세일



2Kg
3 $10

완도 청정바다 특미
## 돌구이김 반액세일



재고한정!!

10개에 단돈
$15
1봉지
$3 짜리를

여러모로 쓰기 편리한
## 7PCS. 냄비세트



Reg. $59 99 → $39 99

한국상품 전문점
정스 프라이스 센터
정스백화점

2946 W. 7th St., Los Angeles, CA
(213) 389-1111

Plf's  Deft's  Exhibit No. 61

Witness SUK
Date: 6.3.10

정스 프라이스 센타                    한국상품 전문점



키스 미니믹서

다들 갖고싶어서 난리야
작은게 강력하대
우리 그이가 매일 해달래
우린 애들이 더 그래!



각종 과일씨까지 전부
갈아서 드십시오.

정스특별 판매가
$69⁹⁹

정말 편리합니다!!

자동반죽,
자동으로
국수뽑는 기계

정스특별 판매가
$99⁹⁹




한국산
콩가루세일



300g        2Kg
$3        $10



여러모로 쓰기 편리한

7PCS.
냄비세트



재고한정!!

10개에  단돈
1봉지 ➡ $15
$3 짜리를



Reg. $59⁹⁹ ➡ $39⁹⁹

61/2

정스 프라이스 센타
정스직영장

EXHIBIT 4-111          Page 131

D 16  Monday, December 30, 1988          한 국 일 보

정스 프라이스 센타                                    한국상품 전문점




# 미니믹서

다들 갖고싶어서 난리야
작은게 강력하대
우리 그이가 매일 해달래
우리 애들이 더 그래

**각종 과일씨까지 전부
갈아서 드십시오.**



정스특별 판매가
## $69⁹⁹

정말 편리합니다!!

# 자동반죽,
# 자동으로
# 국수뽑는 기계



정스특별 판매가
## $99⁹⁹



300g        2Kg
$3          $10

# 한국산
# 콩가루세일

완도 청정바다 특미
# 돌구이김 반액세일

재고한정!!



10개에   단돈
1봉지 ➡ $15
$3짜리를

여러모로 쓰기 편리한
# 7PCS.
# 냄비세트



Reg. $59⁹⁹ ➡ $39⁹⁹

6/3



정스 프라이스 센타

영업시간  월 ~ 토 오전10시 ~ 오후9시 / 일요일 오전11시 ~ 오후8시

(213) 389-1111

Exhibit 5



| Features | Instructions | Recipes | Warranty | Q & A | Contact Us | Business Opportunities | Order |

**The compact, efficient and lightweight mixer that blends, chops and purées with ease.**

# Introducing

the **Kiss Mixer**. Its compact, efficient and lightweight design makes it an indispensable kitchen tool! The Kiss Mixer is equipped with a high powered motor and has all the power of much larger blenders enabling you to easily grind, blend, mix or puree most foods. Lightweight, easy to handle and clean, it doesn't eat up space like other bulky blenders and it's powerful enough to handle any task required.

**anytime, anyplace!**          order now

visitor count: 1 6 ✗ 5

Order Online or Toll Free: 1-866-833-8383
| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

**Exhibit 5**          Page  133



| Features | Instructions | Recipes | Warranty | Q & A | Contact Us | Business Opportunities | Order |

**The compact, efficient and lightweight mixer that blends, chops and purées with ease.**



order now

## features

Making and storing fresh salsa, shakes, fruit juices, baby food, or even beauty masks is easy and convenient with this great little mixer. Its compact design makes it great to travel with. Bring it with you to the office for a healthy mid-afternoon snack. It also makes a great addition for students living in a dorm room where space is at a premium.

Blend together some veggies for terrific and healthy soup. The cups and lids are microwave safe so that you can pop them in the microwave and have a tasty instant healthy meal.

**Features:**

- Mixer base comes with three microwave safe cups, lid and KISS MIXER™ pitcher that is constructed of durable and long lasting polycarbonate.

- Designed with safety in mind, the motor will automatically stop if the cup is separated from the main body during operation.

- Equipped with a powerful 23,000 rpm, 205-watt motor for years of service.

- Cups are wide enough to allow you to reach in with your hands for easy quick cleaning and all detachable parts are dishwasher safe.

- Patented cooling vent ensures motors' high performance.

- The blender cups easily detach from the body and comes with lids so that you can store all your prepared foods in the refrigerator.

### Dimensions:

Height: 11.75 in. (218 mm)

Width: 4.41 in (112 mm)

Depth: 4.41 in (112 mm)

Weight: 5 lb (2.3 kg)

**Order Online or Toll Free: 1-866-833-8383**

| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Doofishmedia, Inc.

**Exhibit 5**          Page  134



blending    chopping    grinding    cleaning







## blending (cross blade)

1. Place the main body of your KISS MIXER™ on flat, dry and clean surface.

2. Put all of the ingredients in the blender cup. Don't forget to pour the liquid in first before adding solid ingredients. Ice always makes a great addition to fruit to make a tasty drink.

3. Place the blender bottom with curved blades on top of filled cup then screw tight.

4. Set the whole sealed container into the blender base. Push the top of the container down while turning clockwise to blend. Blend for 15-20 seconds. Then turn container counter clockwise and release to stop.

## chopping (cross blade)

1. Place the main body of your KISS MIXER™ on flat, dry and clean surface.

2. Put all of the ingredients in the blender cup.

3. Place the blender bottom with cross blades on top of filled cup then screw tight.

4. Set the whole sealed container into the blender base. Push the top of the container down then release quickly to chop ingredients. Repeat this action until food is chopped to the desired fineness and consistency. (also great for crushed ice).

## grinding (straight blade)

1. Place the main body of your KISS MIXER™ on flat, dry and clean surface.

2. Put all of the dry ingredients in the blender cup.

3. Place the blender bottom with straight blades on top of filled cup then screw tight.

4. Set the whole sealed container into the blender base. Push the top of the container down then release quickly to chop ingredients.

## cleaning

Make sure the Kiss Mixer™ is always unplugged before cleaning. All detachable parts are dishwasher safe. Be sure to wipe the main body of the KISS MIXER™ with damp cloth to keep clean. If switch gets dirty with food, the motor can't work properly.

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

Exhibit 5          Page 135



## warranty

**The Kiss Blender Warranty**

1. This product was manufactured and inspected in accordance with consumer quality assurance control law of Korea and according to our own quality standards.
2. This product is guaranteed for 1 year from the date of purchase. We will repair or replace any malfunctioning equipment free of charge.
3. We cannot repair or replace units damaged or broken due to misuse, careless treatment, or failing to follow the instructions in the manual.
4. Please provide us with the following information when requesting warranty service:

- Product Name: Kiss Mixer
- Model Number: JIN-999, JIN-900, JWJ-900
- Date Of Purchase:
- Guarantee Period:
- Customer Name, Address, Phone Number

Order **Online** or Toll Free: 1-866-833-8383

| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

**Exhibit 5**          Page  136

**KISS Mixer**

**The compact, efficient and lightweight mixer that blends, chops and purées with ease.**

# Q & A

---

**Questions and Answers:**

Q: Why is the KISS MIXER™ different from other products on the market?

A: Traditional blenders and mixers are bulky and heavy, hard to use and clean. The KISS MIXER™ is designed with the everyday user in mind. Its compact size, powerful motor and durable construction makes the KISS MIXER™ the perfect personal' blender for everyday use, even when you travel. The KISS MIXER's™ powerful motor can grind, blend, and mix most foods within 15 seconds.

Q: Why is the KISS MIXER™ slightly more costly than other brands?

A: The KISS MIXER™ is built from quality components. Its motor is built for durabilty and power. Its blending and grinding cup is made from shatter resistant, microwaveable, and dishwasher safe Polycarbonate (FDA Approved). Every part of the KISS MIXER™ is made with quality, durability, and convenience in mind.

Q: Why is the KISS MIXER™ smaller than other blenders and mixers?

A: The KISS MIXER™ was designed for personal use, it produces enough product to serve 1 to 2 persons. The KISS MIXER™'s compactness and power makes it the perfect appliance to use everyday.

Q: Does the KISS MIXER™ guarantee its quality?

A: Every KISS MIXER™ comes with a 1 year warranty. Our service department will either repair or replace the mixer free of charge during the warranty period. After the warranty period, in case of malfunction, you can call our service department toll free: 1-866-833-8383.

Q: This is a great product, can I be a dealer?

A: For dealer inquiries, please call 1-213-380-0944.

---

**Order Online or Toll Free: 1-866-833-8383**

| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Dogfishmedia, Inc.

Exhibit 5          Page  137



## contact us



**Address:**

STP America, Inc.
3625 W. 6th Street, Ste. 221
Los Angeles, CA 90020

**Email:**

stp@kissmixer.com
info@kissmixer.com

**Phone:** (213) 380-0944
**Fax:** (213)380-1747

**Add Comments:**

What do you think of our products? We welcome your
comments and suggestions. Your input helps us to
improve our products and services. Click below to add a
comment.

Your Name:

E-Mail:

URL:

City:            , State:       Country:
USA

Comments:

[ Send Comments ]  [ Clear ]

view comments

Order **Online** or Toll Free: 1-866-833-8383
| home | features | instructions | recipes | warranty | q&a | contact us | business opportunities | order |

© 2001 STP America, Inc.
Site Development by Doofishmedia, Inc.

**Exhibit 5**          Page  138



Coming soon! Business Opportunities.

Order <u>Online</u> or Toll Free: 1-866-833-8383

| <u>home</u> | <u>features</u> | <u>instructions</u> | <u>recipes</u> | <u>warranty</u> | <u>q&a</u> | <u>contact us</u> | <u>business opportunities</u> | <u>order</u> |

© 2001 STP America, Inc.
Site Development by <u>Dogfishmedia, Inc.</u>

**Exhibit 5**          Page  139



shopping basket

order

### Kiss Mixer (Standard)



click picture to enlarge

1 Main Unit
1 Large Cup
1 Small Cup
1 Lid
1 Cross Blade

add to basket

### Kiss Mixer (Deluxe)



click picture to enlarge

1 Main Unit
2 Large Cups
2 Small Cups
1 Lid
1 Cross Blade
1 Straight Blade

add to basket

### Funnel Cup
Larger size great for grinding and chopping. Made of polycarbonate for durability.



click picture to enlarge

add to basket

### Juice Extractor
For extraction of juices, coffee, and tea. Made of polycarbonate for durability.



click picture to enlarge

add to basket

**Exhibit 5**        Page 140