# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| **SUNBEAM PRODUCTS, INC. d/b/a JARDEN CONSUMER SOLUTIONS,**<br><br>     Plaintiff,<br><br>v.<br><br>**HAMILTON BEACH BRANDS, INC., ET AL.,**<br><br>     Defendants. | Civil Action No. 3:09cv791 REP |

## ALCHEMY WORLDWIDE, INC. 'S
## NOTICE OF SUBMISSION OF THE DECLARATION OF MARK NIELSEN

Alchemy Worldwide, Inc., formerly know as Alchemy Worldwide, LLC, by Counsel, hereby submits the Declaration of Mark Nielsen.

                        Alchemy Worldwide, Inc.
                        By Counsel:

                        _____/s/_____
                        Robert E. Scully, Jr.
                        Virginia Bar No. 19218
                        Emily Harwood Smith
                        Virginia Bar No. 65527
                        Eric G. Wright, *pro hac vice*
                        Stites & Harbison PLLC
                        1199 North Fairfax Street, Suite 900
                        Alexandria, Virginia 22314
                        Telephone: (703) 739-4900
                        Fax: (703) 739-9577
                        rscully@stites.com
                        *Counsel for Defendant Homeland Housewares, LLC, Alchemy Worldwide, LLC, and Alchemy Worldwide, Inc.*

Of Counsel for Defendant Homeland Housewares, LLC, Alchemy Worldwide, LLC, and Alchemy Worldwide, Inc.

Daniel M. Cislo (pro hac vice)
Mark D. Nielsen (pro hac vice)
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401-4110
Telephone:  (310) 451-0647
Fax:  (310) 394-4477
dan@cislo.com
mnielsen@cislo.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2010, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system with electronic notification of such filing to the following counsel of record:

David J. Prieto
Richard S. Taffet
Boyd T. Cloern
Elizabeth B. Austern
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Fax: (202) 373-6001
*David.prieto@bingham.com*
*richard.taffet@bingham.com*
*boyd.cloern@bingham.com*
*Elizabeth.austern@bingham.com*

                /s/
Robert E. Scully, Jr.
Virginia Bar No. 19218
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
Telephone: (703) 739-4900
Fax: (703) 739-9577
rscully@stites.com
*Counsel for Defendant Homeland Housewares, LLC, Alchemy Worldwide, LLC, and Alchemy Worldwide, Inc.*